**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Yu Wang, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-09003 |
| | ) | |
| v. | ) | |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | |
| Defendants. | ) | |

**Schedule A (Sealed)**