Defendant No.: 1

Store Name:
**BaiYinJieXuanShop**

Platform:
**Amazon**

2025/6/3 17:03    Amazon.com: Rfid Wallet Women , Leather Wristlet Wallets for Women, Rfid Blocking Bifold Zip Around Large Capacity Credit Card Wallet Clutch Purses, Travel Wallet for EirBesr Mom Women Gir...

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 2 of 53 PageID #:38

Deliver to John
Chicago 60607   All ▾   Search Amazon    EN ▾   Hello, John   Returns   🛒 0
Account & Lists ▾   & Orders   Cart

All   **Prime**   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Saks   Prime Video   Amazon Basics   Today's Deals   Groceries ▾   Buy Again   Best Sellers   Keep Shopping For

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets









Click to see full view

🔴 Ask Rufus

| Does it have a place for coins? | Is this made of genuine leather? | Can it hold a smartphone? |

Ask something else

### Rfid Wallet Women, Leather Wristlet Wallets for Women, Rfid Blocking Bifold Zip Around Large Capacity Credit Card Wallet Clutch Purses, Travel Wallet for EirBesr Mom Women Girls Ladies

Brand: generic
Search this page

$8⁹⁹

Get a $50 Gift Card: Pay upon approval for Amazon Visa. No annual fee.

- wallet women cute wallet women small zipper pink wallets for women small size with wristlet women's wallet with zipper top womens wallets rfid blocking with strap womens wallets large capacity with checkbook holder guenuine leather wallet for women womens wallet with checkbook holder small zip credit card wallet for women green women's wallets, card cases & money organizers leather small black womens wallet with keychain rfid wallet women slim vegan women's wallet with checkbook holder women
- wallet women slim cute card wallets for women rfid wristlet wallets for women phone holder women's wallet with shoulder strap womens wallet slim boho small womens wallet slim keychain cute keychain wallet for women gold clutch purses for women womens wallet small black small wallet for women with a key ring women's wallets leather designer clutch purses for women formal rfid wallet for women wristlet nylon women's wallet slim leather slim wallet for women rfid blocking with keyring credit
- wallet women cute big card wallets for women keychain 6 cards wristlet wallets for women small zip women's checkbook wallet rfid wallet women passport small womens bifold wallets with credit card slots soft leather large card holder wallet for women small womens wallet rfid blocking small zip wallet women white extra large women's wallets clutch purses for women wedding purple wallets for women with wristlet women's wallet small boho slim cash wallet for women credit card holder keychain
- wallet women wristlet rfid card wallets for women slim zipper wristlet wallets for women black and silver small leather wallets for women rfid wallet women small turtle womens small zippered wallet small black leather wallet women clutch purses womens wallet with checkbook holder slim womens wallets with wrist strap women wallets large clutch purses for women casual rfid wristlet wallets for women women's wallet rfid cute thin leather wallet for women slim credit card holder for women
- wallet women rfid blocking large pink card wallets for women women's wallets medium size leather wallets for women designer for men slim wallet for women rfid blocking zipper small womens wallet passport cover women wallet rfid blocking small womens wallet large capacity womens wallets large capacity with checkbook holder wallet for women wristlet clutch purses for women formal flower wallets for women rfid blocking for cash and card women's small wristlet wallet slim leather zipper

› See more product details

Report an issue with this product or seller

$8⁹⁹
$20 delivery **June 10 - 20**.
Details

Or fastest delivery **June 5 - 9**.
Details

Deliver to John - Chicago 60607

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from   BaiYin,JieXuanShop
Sold by   BaiYin,JieXuanShop
Returns   30-day refund/replacement
Payment   Secure transaction

ⱽ See more

Add to List

---

### Based on your recent shopping trends

Page 1 of 5

               

**BOSTANTEN Leather Wallet for Women RFID Blocking Zip Around Credit Cards Holder Phone Clutch**
6,189
-26% $33⁹⁹
List: $45.99
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

**Women Vegan Leather Wallet Bifold Clutch Large Capacity Card Organizer Buckle Long Purse for Girls Candy...**
5,208
-11% $15⁵⁸
List: $17.98
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

**Cynure Women's Vegan Leather 17 Card Slots Card Holder Long Big Bifold Wallet**
177
$13⁹⁹
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

**FT FUNTOR Women's Big Fat RFID Blocking Wallet Leather Zip Around Clutch Large Phone Organizer Wristlet**
1,562
-35% $25⁹⁹
List: $39.99
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

**JJUQ Womens Wallet Leather Large Capacity Card Holder Zipper Wristlet Wallets for Women-peacock blue**
1,142
-13% $12⁹⁹
Typical price: $14.99
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

**GOIACII Womens Wallets Rfid Credit Card Holder with 2 Zipper Pockets, 3 ID Windows Ladies Purse Leather**
293
$19⁹⁹
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

**MEITRUE Women's Wallet Leather RFID Blocking Trifold Ladies Purse Embossed Long Clutch Card Holder Phone...**
2,654
$16⁹⁹
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

---

### Explore top deals in related categories

See all deals    Page 1 of 8

2025/6/3 17:03    Amazon.com Rfid Wallet Women , Leather Wristlet Wallets for Women, Rfid Blocking Bifold Zip Around Large Capacity Credit Card Wallet Clutch Purses, Travel Wallet for Git Besr Mom Women Gir...







| ANRABESS Women Tank Tops High Neck Sleeveless Sexy Cutout Racer Back Going Out... | ANRABESS Women's Long Sleeve Shirts 2025 Fall Henley Dressy Loose Casual Tops Trendy... | Amazon Essentials Women's Relaxed-Fit Sleeveless Muscle Tank Top | Legendary Whitetails Women's Trail Guide Fleece Button Down Shirt | Dokotoo Womens Tank Tops Summer Waffle Knit Casual Crewneck Sleeveless Color Block... | Trendy Queen Womens Long Sleeve Shirts Fall Fashion 2025 Basic Crop Tops Going Out Worko... | Levi's Women's Bull Twill Cotton Shirt Shacket (Standard & Plus Sizes) |
|---|---|---|---|---|---|---|
| 495 | 55 | 1,655 | 1,747 | 60 | 5,117 | 69 |
| -23% $9.98 | -60% $7.99 | -29% $6.90 | -15% $34.00 | -50% $7.44 | -33% $13.49 | -20% $72.20 |
| Typical: $12.99 | List: $19.99 | Typical: $9.73 | List: $39.99 | List: $14.88 | List: $19.99 | List: $89.99 |
| Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal |
| Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon 0% Claimed | FREE Shipping on orders over $35 shipped by Amazon 0% Claimed | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon 0% Claimed | FREE Shipping by Amazon Only 4 left in stock - order... 0% Claimed |
| | | | | | ♻ 1 sustainability feature | |

## Product information

### Style

### Features & Specs

### Materials & Care

**Warranty & Support**

Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Item details

| Brand | generic |
|---|---|
| Age Range Description | Adult |
| Model Name | Rfid Zipper Wallet Women Small Womens Wallet Passport Protector |
| Style Number | rfid wallet women small metal |
| ASIN | B0DFYLJ4HQ |
| Item Type Name | Travel Accessory- Money Belt |
| Included Components | Shoulder Strap |
| Item Height | 3 inches |
| Manufacturer | 广州瑞兴皮具有限公司  Guangzhou Ruixing Co., Ltd. |

### Measurements

### Additional details

## Product Description

wallet women small rfid pink wallets for women women's wallets rfid blocking small leather bifold wallets for women rfid passport wallet women zipper womens small wallet with zipper pouch women wallet rfid blocking black clutch purses for women womens wallet keychain rfid womens wallets small nylon wallet for women small size gold clutch purses for women formal wallets for women 2024 boho women's small wallet keychain wallet for women slim bifold zip leather zipper wallet wallet women rfid blocking small card wallets for women hot pink women's wallets rfid leather purses for women rfid blocking wallet women zipper small womens wallet passport holder women wallet purse small black clutch purses for women womens wallet keychain pink womens wallets small with strap wallet for women large clutch purses for women formal gold wedding wallets for women 2024 women's wallet wristlet checkered slim zipper wallet for women rdif slim cash wallet women rfid blocking slim wallets for women pink women's wallets leather leather wallets for women slim zipper small womens wallet passport and phone women wallet large black clutch purses for women leather wristlet wallet keychain bifold womens wallets small zip wallet for women cute clutch purses for women formal set wallets for women 2024 with phone women's wristlet wallet fits phone thin rfid wallet for women slim with zipper womens credit card wallet for women rfid blocking cute pink credit card wallets for women women's wallets slim leather purses for women designer double zipper wallet for women rfid flap large capacity small womens wallet passport organizer women wallet wristlet black clutch womens keychain wallet womens wallets large capacity cloth wallet for women rfid blocking clutch purses for women formal green wristlet wallets for women rfid blocking women's slim wallet wristlet small wallet for women slim zipper womens

## Based on your recent views  Sponsored ⓘ                                Page 1 of 58








| Unisex Pebble Leather Wallet, Genuine Leather Wallets for Women, Compact Bifold Poc... | small women's wallet in genuine leather (rose gold) | Women's Embossed Zip around Calfskin Leather waller RFID theft protection, built-in... | kbudra Unisex Pebble Leather Wallet, Small Wallets for Women, 5.3in Women's Genuine... | LIUBAI Personalized Western Boot Wallet for Women with Snap Strap, 2025 Fashion Lea... | XINNSTAR Womens Wallet RFID Blocking Large Capacity Credit Card Holder Long... | Doffistate Wallet for Women, Small RFID Blocking Bifold Credit Card Wallets with ID... |
|---|---|---|---|---|---|---|
| $18.88 | -21% $15.00 List: $18.90 | 1 $28.99 | 1 $32.99 | 1 $5.88 You pay $5.46 with coupon | 357 Amazon's Choice -11% $16.99 List: $18.99 You pay $15.29 with coupon | $9.98 |

## What's in the box

- Shoulder Strap

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## ✦ Looking for specific info?

[ Ask Rufus or search reviews and Q&A ]

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 4 of 53 PageID #:40

Does it have a place for coins?          Is this made of genuine leather?          Can it hold a smartphone?

Does it have a wrist strap?          Is it easy to clean?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

### Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Live Stream. Shop. Live | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to John
Chicago 60607

All ▾    Search Amazon

EN ▾    Hello, John
Account & Lists ▾

Returns
& Orders

0
Cart

All    Rufus    Join Prime    Amazon Haul    Same-Day Delivery    Medical Care ▾    Saks    Prime Video    Amazon Basics    Today's Deals

# BaiYinJieXuanShop

Visit the BaiYinJieXuanShop storefront

Just launched    No feedback yet

## About Seller

BaiYinJieXuanShop is committed to providing each customer with the highest standard of customer service.

### Have a question for BaiYinJieXuanShop?

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** WANGYOUPING
**Business Address:**
　　白银区纺织路街道深圳路18号中进建材城5幢201
　　白银区纺织路街道深圳路18号中进建材城5幢201
　　白银市
　　甘肃省
　　730999
　　CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Place Your Order - Amazon Checkout

Secure checkout ■

Cart

**Delivering to John**                                    Change

CHICAGO IL 60607-1846 UNITED STATES, 1519 W WARREN
BLVD UNIT 304 PMB 171, CHICAGO, IL, 60607-1845, United
States

Add delivery instructions

**Paying with Mastercard 0283**                          Change

Use a gift card, voucher, or promo code

Congratulations John, you are eligible
for 30 days of Prime for $0!

Try Prime free

Place your order in USD

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items: | USD 8.99 |
| Shipping & handling: | USD 20.00 |
| Estimated tax to be collected:* | USD 0.93 |
| **Order total:** | **USD 29.92** |

Try Prime Free



John, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible
items in this order and get the best of shopping
and entertainment by trying Prime FREE for 30
days.

Try Prime free for 30 days

Cancel anytime.

**Amazon Currency Converter**
Disabled - Pay in USD

HKD 238.99        USD 29.92

Change card currency

What is the Amazon Currency Converter?

**Arriving Jun 10, 2025 - Jun 20, 2025**



Rfid Wallet Women, Leather
Wristlet Wallets for Women, Rfid
Blocking Bifold Zip Around Large
Capacity Credit Card Wallet
Clutch Purses, Travel Wallet for
EirBesr Mom Women Girls Ladies
**$8.99**
Ships from BaiYinJieXuanShop
Sold by BaiYinJieXuanShop

● **Tuesday, Jun 10 - Friday, Jun 20**
$20.00 - Delivery

○ **Thursday, Jun 5 - Monday, Jun 9**
$39.98 - Delivery

1

Gift options not available

Place your order in USD

**Order total: USD 29.92**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and
restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

English          United States          Help

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

6/4/25, 17:57 PM
amazon.com - Order 106-8117325-4018924
Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 7 of 53 PageID #:43

## Details for Order # 106-8117325-4018924
Print this page for your records.

**Order Placed:** June 4, 2025
**Amazon.com order number:** 106-8117325-4018924
**Order Total:** $29.92

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Rfid Wallet Women, Leather Wristlet Wallets for Women, Rfid Blocking Bifold Zip Around Large Capacity Credit Card Wallet Clutch Purses, Travel Wallet for EirBesr Mom Women Girls Ladies*<br>Sold by: BaiYinJieXuanShop (seller profile)<br>Supplied by: Other<br><br>Condition: New | $8.99 |

**Shipping Address:**

▇▇▇▇▇▇
1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

**Shipping Speed:**
Standard Shipping

### Payment information

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $8.99 |
| Paying with Mastercard 0283 | Shipping & Handling: $20.00 |
| | ----- |
| **Billing address** | Total before tax: $28.99 |
| ▇▇▇▇▇▇ | Estimated tax to be collected: $0.93 |
| 1519 W WARREN BLVD UNIT 304 PMB 171 | Gift Card Amount: -$0.00 |
| CHICAGO, IL 60607-1845 | ----- |
| United States | **Grand Total:** **$29.92** |

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates



Back to top

amazon     🌐 English ⇕     🇺🇸 United States     Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕
© 1996–2024, Amazon.com, Inc. or its affiliates

Defendant No.: 2

Store Name:
**Binglan Auto Parts**

Platform:
**Amazon**

2025/6/3 15:06 Amazon.com: Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking Credit Card Wallet EirBesr Clutch Purses,Travel Wallet for Women Mom Girls Lad...

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 9 of 53 PageID #:45

Deliver to John
Chicago 60607

All ▾   Search Amazon

EN ▾   Hello, John
Account & Lists ▾

Returns
& Orders

🛒 Cart   0

All   **Rufus**   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Saks   Prime Video   Amazon Basics   Today's Deals   Groceries ▾   Buy Again   Best Sellers   Keep Shopping For   Customer Service

Shop Travelambo

Sponsored

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets








Click to see full view

🌟 Ask Rufus

Does it have a spot for coins?   Is this wallet made of real leather?   Can it hold a passport?

Ask something else

## Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking Credit Card Wallet EirBesr Clutch Purses,Travel Wallet for Women Mom Girls Ladies

Brand: generic

Search this page

$8.99

You're invited to apply for Amazon Visa. Get a $50 Amazon Gift Card instantly upon approval. Find out how

- 💎💎💎 【Premium Quality & Function】 - This Women's Wallet Is Made Of Premium Pu Leather, Comfortable To The Touch. This wallet has 25 card slots and 2 ID windows, 1 receipt slot, 2 cash compartments. Lots of room to carry your phones, cash, coins, and cards and receipts, ID cards, driver's licenses, or families' photos.It Is Suitable For Various Occasions, Such As Shopping, Working, Traveling, Dating, And Other Daily Use.
- 💎💎💎 【RFID Blocking】 RFID womens wallet with advanced RFID blocking technology, can perfectly block unwanted RFID readers from obtaining sensitive private information. Always protect your credit card, ID information from information hacker and data thieves while traveling or shopping.
- wallet women cute design card wallets for women keychain 2 pack small cute wristlet wallets for women women's wallets with checkbook holder rfid wallet women travel small rfid womens wallets with credit card slots wallet for women large capacity womens wallet rfid blocking leather small wallet for women with key ring 10 card large capacity womens leather wallets clutch purses for women wedding brown wallets for women small women's wallet small leather mens slim wallet for women
- wallet women wristlet pink card wallets for women slim pink rfid wristlet wallets for women with cell phone pocket real leather small wallets for women rfid wallet women small with zipper cute womens small rfid wallet black card wallet women clutch womens wallet with checkbook holder and coin purse womens wallets cute women genuine leather wallets clutch purses for women casual with handle wristlet wallets for women holds phone women's wallet rfid blocking small leather wallet for women
- wallet women rfid blocking cute pink credit card wallets for women women's wallets slim leather purses for women designer double zipper wallet for women rfid large capacity small womens wallet passport organizer women wallet wristlet black clutch womens wallet womens keychain wallet womens wallets large capacity cloth wallet for women rfid blocking clutch purses for women formal green wristlet wallets for women rfid blocking women's slim wallet wristlet small wallet for women slim zipper womens

See more product details

Report an issue with this product or seller

$8.99

Quantity:1

Add to Cart

Buy Now

Ships from   Binglan Auto Parts
Sold by   Binglan Auto Parts
Returns   30-day refund/replacement
Payment   Secure transaction

˅ See more

Add to List

$8.99

$20 delivery June 12 - 19. Details

Or fastest delivery June 7 - 11. Details

Deliver to John - Chicago 60607

Only 20 left in stock - order soon.

## Deals on related products Sponsored ⓘ

Page 1 of 2


SENDEFN Wallets for Women Leather Credit Card Holder with RFID Blocking Large Capac...
28,255
-15% $19.48
Typical: $22.99


Alldaily Ultra Slim Thin Women Wallet RFID Blocking Credit Card Holder Bifold Long ...
3,978
Amazon's Choice
Limited time deal
-21% $15.79
Typical: $19.99


Womens Wallet Leather Bifold Rfid Blocking Wallet Credit Card Holder Wallets for Wo...
31
Limited time deal
-50% $9.49
List: $18.99


Pomelo Best Womens Wallet RFID Blocking Leather Multi Credit Card Large Capacity We...
210
Limited time deal
-20% $18.39
List: $22.99


FALAN MULE Small Women Leather Bifold Compact RFID Blocking Small...
10,965
Limited time deal
-16% $18.39
List: $21.99


UTO Women PU Leather Large Capacity Cat Pendant Cord Phone Holder Checkbook ...
713
Limited time deal
-50% $8.69
Typical: $16.99

UTO RFID Wallet for Women PU Leather Leaf Pendant Card Holder Phone Checkbook...
21,705
Limited time deal
-50% $7.99
Typical: $15.99

## Based on your recent shopping trends

Page 1 of 5


BOSTANTEN Wallets for Women Leather RFID Blocking Double Zipper Around Credit Card Large...
188
-30% $17.49
Limited time deal
Typical: $24.99
Get it as soon as Monday, Aug 4
FREE Shipping on orders over $35 shipped by Amazon


Real Leather Women Wallet Leather with RFID Blocking -Trifold Card Holder Designer Ladies Clutch with ID Window...
2,202
$19.99
Get it as soon as Monday, Aug 4
FREE Shipping on orders over $35 shipped by Amazon


KingTo Genuine Leather Long Wallet for Women Vintage Checkbook Wallet with RFID Blocking Card Holder...
86
$16.99
Get it as soon as Monday, Aug 4
FREE Shipping on orders over $35 shipped by Amazon


XINNSTAR Womens Wallet RFID Blocking Large Capacity Credit Card Long Purses for Women with Wristle...
359
-11% $16.99
List: $18.99
Get it as soon as Monday, Aug 4
FREE Shipping on orders over $35 shipped by Amazon


BOSTANTEN Womens Wallet Genuine Leather Wallets Large Capacity Cash Cluth Purses with Zipper Pocket Wine Red
5,022
$35.99
Get it as soon as Monday, Aug 4
FREE Shipping by Amazon Only 4 left in stock - ...


Bveyzi Women Soft Leather RFID Blocking Bifold Slim Wallets Ladies Credit Card Holder Double Zipper Pocket
3,013
$26.99
Get it as soon as Monday, Aug 4
FREE Shipping on orders over $35 shipped by Amazon


FALAN MULE Womens Leather Wallet Large Capacity Bifold RFID Blocking with Zipper Coin Pocket
181
-10% $20.69
List Price: $22.99
Get it as soon as Monday, Aug 4
FREE Shipping on orders over $35 shipped by Amazon

2025/6/3 15:06    Amazon.com: Rfid Wallet Women Leather Wallet Women Wristlet Bifold Large Capacity Zip Around Rfid Blocking Credit Card Wallet EirBear Clush Purses Travel Wallet for Women Mom Girls Lad…

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 10 of 53 PageID #:46

## Product information

| Style | |
| --- | --- |
| Features & Specs | |
| Materials & Care | |
| Measurements | |

### Warranty & Support

Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

### Item details

| Brand | generic |
| --- | --- |
| Age Range Description | Adult |
| Model Name | Wallet Women Wristlet Small Leather Zipper Wallet Women |
| Style Number | wallet women wristlet |
| ASIN | B0F7H3GQ6V |
| Item Type Name | Travel Accessory- Travel Wallet |
| Included Components | Card Holder |
| Item Height | 3 inches |
| Manufacturer | 广州瑞兴皮具有限公司    Guangzhou Ruixing Co., Ltd. |

## Product Description

wallet women wristlet small leather zipper wallet women wallets for women small size cute women's card & coin wallet thin flat fit small purse womens wallets rfid blocking with coin womens wallets with checkbook holder black rfid blocking wallet womens wallet purse small pocket wallet for women women's wallets, card cases & money organizers slim womens small black leather bi-fold wallet rfid wallet women slim pop-up women's wallet wristlet women wallet large capacity black clutch wallet women slim zipper card wallets for women wristlet wallets for women phone 15 plus women's wallets leather with checkbook holder clutch purses for women wedding rfid passport wallet women women wallet slim thin gold clutch purses for women womens wallet small slim small black wallet for women with wrist strap women's wallets leather with checkbook holder clutch purses for women wedding rfid passport wallet women women wallet slim thin slim wallet for women rfid blocking cute credit wallet women cute design card wallets for women keychain 2 pack small cute wristlet wallets for women women's wallets with checkbook holder rfid wallet women travel small rfid womens wallets with credit card slots wallet for women large capacity womens wallet rfid blocking leather small wallet for women with key ring 10 card large capacity womens leather wallets clutch purses for women wedding brown wallets for women small women's wallet small leather mens slim wallet women wristlet pink card wallets for women slim pink rfid wristlet wallets for women with cell phone pocket real leather small wallets for women rfid wallet women small with zipper cute womens small rfid wallet black card wallet women clutch womens wallet with checkbook holder and coin purse womens wallets cute women genuine leather wallets clutch purses for women casual with handle wristlet wallets for women holds phone women's wallet rfid blocking small leather wallet for women

## Explore top deals in related categories    See all deals



GRACE KARIN Womens Long Lantern Sleeve High-Neck Ruched Front Fitted Blouse
1,565
-33% $23⁴⁴
Limited time deal
Typical: $34.99
Get it as soon as **Monday, Aug 4**
FREE Shipping on orders over $35 shipped by Amazon

ESR for iPhone 16 Plus Case, Silicone Case with Stand, Military-Grade Protection, Built-in...
4,498
-50% $13⁴⁹
Limited time deal
Typical: $26.99
Get it as soon as **Monday, Aug 4**
FREE Shipping on orders over $35 shipped by Amazon



Dokotoo Womens Corduroy Button Down Shirts Boyfriend Long Sleeve Oversized Blous...
15,772
-50% $14⁹⁹
Limited time deal
Typical: $29.99
Get it as soon as **Monday, Aug 4**
FREE Shipping on orders over $35 shipped by Amazon



kate spade new york Bleecker Saffiano Small Leather Crossbody Bag
13
-50% $99⁰⁰
Limited time deal
List: $198.00
Get it as soon as **Wednesday, Aug 13**



kate spade new york Hudson Pebbled Leather Convertible Crossbody
57
-50% $124⁰⁰
Limited time deal
List: $248.00
Get it as soon as **Wednesday, Aug 13**



Vera Bradley Foxbury Crossbody, Cotton Gabardine
-40% $50⁶⁰
Limited time deal
$85.00
Get it as soon as **Monday, Aug 4**
FREE Shipping by Amazon
66% Claimed

Wrangler Large Crossbody Bag for Women Vegan Leather Cross Body Purse with...
500
-15% $28⁰⁴
Limited time deal
Typical: $32.99
Get it as soon as **Monday, Aug 4**
FREE Shipping on orders over $35 shipped by Amazon

## What's in the box

- Card Holder

## Products related to this item  Sponsored



Genuine Wallet Women RFID Blocking Card Holder, Small Leather Womens Wallet with Zi...
8
$19⁹⁹
You pay $13.99 with coupon



Small Wallet for Women Leather RFID Blocking Credit Card Holder Luxury Leather with...
1
$22⁹⁹



Wrangler Cow Print Bifold Wallet Women's Wallets, Card Cases & Money Organizers...
1,484
Amazon's Choice
$23⁹⁹



Lavemi Ultra Slim Thin Leather Women Wallet RFID Blocking Credit Card Holder Bifold...
8,079
$18⁹⁹



Womens Wallet Card Holder: Pop Up Card Case, Genuine Leather, RFID Blocking, Slim, ...
12
$39⁹⁹
You pay $31.99 with coupon



GOIACII Wallet for Women Ladies Wristlet Long Purse Zip Around Clutch RFID Blocking...
8
$16⁹⁹



Travelambo RFID Wallet Women Large Size Bifold Multi Card Wallet Case with Zipper P...
75,411
-33% $9⁹⁹
List Price: $14.98

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored

2025/6/3 15:06     Amazon.com: Rfid Wallet Women Leather Wallet Women Wristlet Bifold Large Capacity Zip Around Rfid Blocking Credit Card Wallet EirBear Clutch Purses Travel Wallet for Women Mom Girls Lad…

Case 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 11 of 53 PageID #:47

Add to cart

Sponsored

### 🔍 Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it have a spot for coins?   Is this wallet made of real leather?   Can it hold a passport?

Does it have a wrist strap?   Is the RFID blocking feature tested?

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review



Mokoze Grey Wallet for Women, PU Leath...

438

$22.98    Shop now

Sponsored

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| | | | | |
|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |

# Binglan Auto Parts

Visit the Binglan Auto Parts storefront

**100% positive** lifetime (3 total ratings)

## About Seller

Binglan Auto Parts is committed to providing each customer with the highest standard of customer service.

**Have a question for Binglan Auto Parts?**

Ask a question

## Reviews

4.7 out of 5

3 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 33% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

Lifetime

3 total ratings, 3 with feedback for Lifetime

"Never received this item and seller is gone."

By Karl on July 17, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Hi I'm Bill bpc was packaged great i liked where it came from it was more filled when other sellers don't stop selling your products"

By William F. on July 10, 2025.

"Tiger milk"

By Richard P. on June 9, 2025.

"Good"

By rocker74 on May 19, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** yongchunbinglanmaoyiyouxiangongsi
**Business Address:**
　五里街镇
　八二三西横路158号
　永春县
　福建省
　362601
　CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

| English | United States |
|---|---|

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Live
Stream. Shop. Live

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

## Secure checkout ■

Cart

**Delivering to John**                                    **Change**

CHICAGO IL 60607-1846 UNITED STATES, 1519 W WARREN
BLVD UNIT 304 PMB 171, CHICAGO, IL, 60607-1845, United
States

**Add delivery instructions**

**Paying with Mastercard 0283**                          Change

**Use a gift card, voucher, or promo code**

---

**John, we're giving you Prime free for 30 days.**     | Try Prime free for 30 days |

Get fast, FREE delivery, starting with eligible items in this
order and get the best of shopping and entertainment by
trying Prime FREE for 30 days.                              Cancel anytime.

---

### Arriving Jun 12, 2025 - Jun 19, 2025



Rfid Wallet Women,Leather
Wallet Women Wristlet,Bifold
Large Capacity Zip Around Rfid
Blocking Credit Card Wallet
EirBesr Clutch Purses,Travel
Wallet for Women Mom Girls
Ladies
**$8.99**
Ships from Binglan Auto Parts
Sold by Binglan Auto Parts

| 1 |

Gift options not available

⦿ **Thursday, Jun 12 - Thursday, Jun
19**
$20.00 - Delivery

◯ **Saturday, Jun 7 - Wednesday, Jun
11**
$39.98 - Delivery

---

| Place your order in USD |

Order total: USD 29.92
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations John, you are eligible
for 30 days of Prime for $0!

| Try Prime free |

| Place your order in USD |

By placing your order, you agree to Amazon's
**privacy notice** and **conditions of use.**

---

Items:                                   USD 8.99
Shipping & handling:                     USD 20.00
Estimated tax to be collected:*          USD 0.93
**Order total:**                         **USD 29.92**

---

Amazon Currency Converter
Disabled - Pay in USD

    HKD 238.99      USD 29.92
**Change card currency**

**What is the Amazon Currency Converter?**

---

Do you need help? Explore our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Colorado Purchasers: **Important information regarding sales tax you may owe in your State**

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and
restrictions apply. See Amazon.com's **Returns Policy**

**Back to cart**

Back to top

| English |    | United States |     Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



## Details for Order # 106-8117325-6548666
Print this page for your records.

**Order Placed:** June 5, 2025
**Amazon.com order number:** 106-8117325-6548666
**Order Total:** **$29.92**

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking Credit Card Wallet EirBesr Clutch Purses,Travel Wallet for Women Mom Girls Ladies* <br> Sold by: Binglan Auto Parts (seller profile) <br> Supplied by: Other <br><br> Condition: New | $8.99 |

**Shipping Address:**

1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
Paying with Mastercard 0283

**Billing address**

1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $20.00 |
| | ----- |
| Total before tax: | $28.99 |
| Estimated tax to be collected: | $0.93 |
| Gift Card Amount: | -$0.00 |
| | ----- |
| **Grand Total:** | **$29.92** |

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

Back to top

amazon   English ⇅   🇺🇸 United States      Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✔️
© 1996-2024, Amazon.com, Inc. or its affiliates

Defendant No.: 3

Store Name:
**CuteSPS237**

Platform:
**Amazon**

2025/6/1 19:38 Amazon.com:Rfid Wallet Women, 2024 New Leather Wallet Women Wristlet,Zip Around Bifold Large Capacity Rfid Blocking Credit Card Wallet Clutch EirBesr Purses, Travel Wallet for Women Gir...

Deliver to John
Chicago 60607

All ▾    Search Amazon    EN ▾    Hello, John
Account & Lists ▾    Returns
& Orders    0  Cart

All    Rufus    Join Prime    Amazon Haul    Same-Day Delivery    Medical Care ▾    Saks    Prime Video    Amazon Basics    Today's Deals    Groceries ▾    Buy Again    Best Sellers    Keep Shopping For    Customer Service

Clothing, Shoes & Jewelry > Women > Accessories > Wallets, Card Cases & Money Organizers > Wallets




Click to see full view

★ Ask Rufus

Does it have a place for coins?    Is this wallet made of genuine leather?

Can it hold a passport?    Ask something else

### Rfid Wallet Women, 2024 New Leather Wallet Women Wristlet,Zip Around Bifold Large Capacity Rfid Blocking Credit Card Wallet Clutch EirBesr Purses, Travel Wallet for Women Girls Ladies Mom

Brand: generic

Search this page

$8.99

Get a $50 Gift Card: Pay upon approval for Amazon Visa. No annual fee.

- wallet women large cute small zipper pouch wallet for women wristlet wallets for women keychain pink women's genuine leather double zipper checkbook wallet made in usa womens wallet slim bifold small womens wallet passport lanyard wallet for women womens wallet wristlet keychain small wallet with wrist strap for women women's wallets slim floral womens credit card wallet small with phone holder neck strap small travel wallet women rfid slim passport holder women's wallet slim travel women
- wallet women slim rfid card wallet for women keychain wristlet wallets for women keychain cow women's clutch wallet purse with shoulder strap womens wallet purse rfid small womens wallets with credit card slots and change purse slim wallet for women womens wallet rfid blocking genuine leather small wallet for women with key ring 10 women's wallets large capacity clutch purses for women small wedding wallets for women medium size women's wallet small slim slim wallet with cash pocket women
- wallet women wristlet phone vegan card wallets for women rfid wristlet wallets for women phone leather wallets for women with checkbook rfid women's wallet small leather womens rfid blocking small wallet with lanyard 5 inches small black wallet womens wallets leather pattern womens wallets small women's pretty bling wallets small to medium size clutch purses for women wedding rose gold slim wallets for women leather credit card & id holder slim design black women's wallet real leather
- wallet women small with coin holder rfid credit card holder wallets for women leather zipper slim women's wallets small all leather small bifold wallets for women small rfid wallet for women slim zipper womens small zipper wallet women wallet leather womens wallet keychain blue womens wallets small medium wallet for women silver clutch purses for women formal trendy wallets for women 2024 women's wallet wristlet rfid slim wallet for women rfid blocking zippered womens credit card wallet
- id wallet for women keychain small wallet for women card holder women's wallets small zipper leather wallets for women designer 10 rfid wallet women travel passport small womens wallet passport 2 card women wallet purse which carry mobile formal womens wallet large rfid womens wallets large capacity cell phone wallet for women small size red clutch purses for women red and gold medium sized wallets for women women's wallet black butterfly wallet women small with coin holders

> See more product details

> Report an issue with this product or seller

$8.99

$20 delivery June 8 - 19. Details

Or fastest delivery June 4 - 6.
Details

Deliver to John - Chicago 60607

Only 20 left in stock - order soon.

Quantity:1 ▾

[ Add to Cart ]

[ Buy Now ]

Ships from    CuteSPS237
Sold by    CuteSPS237
Returns    30-day
refund/replacement
Payment    Secure transaction

> See more

[ Add to List ]

---

## Deals on related products    Sponsored ⓘ

Page 1 of 3








| SENDEFN Wallets for Women Leather Credit Card Holder with RFID Blocking Large Capac... | BOSTANTEN Wallets for Women Leather RFID Double Zipper Around Credit Card Holder La... | APHISON Womens Wallets RFID Blocking Leather Clutch Long Wallet for Women... | Small Wallet for Women, Genuine Leather RFID Blocking Credit Card Holder Slim Compa... | Small Wallet for Women Bifold RFID Blocking Card Holder Leather Wallets with Zipper... | GAEKEAO Small Wallet for Women RFID Blocking Leather Wristlet Purse Bifold Ladies W... | APHISON Wallet Women Ultra Slim Thin Leather Womens Wallet RFID Blocking Credit Car... |

28,243    187    5,535    1,283    2,648    11    1,490

Limited time deal    Limited time deal    Limited time deal    Amazon's Choice    Limited time deal    Limited time deal

-35% $16.78    -30% $17.49    -20% $15.96    -20% $10.39    -37% $7.59    -48% $11.49    -50% $7.99
List: $25.99    List: $17.99    Typical price $19.99    List: $12.98    List: $11.99    Typical: $21.99    Typical: $15.99

---

## Based on your recent shopping trends

Page 1 of 5









| BOSTANTEN Leather Wallet for Women RFID Blocking Zip Around Credit Cards Holder Phone Clutch | Women Vegan Leather Wallet Bifold Clutch Large Capacity Card Organizer Buckle Long Purse for Girls Candy... | Cynure Women's Vegan Leather 17 Card Slots Leather RFID Blocking Wallet Bifold Wallet | FT FUNTOR Women's Big Fat RFID Blocking Wallet Leather Zip Around Clutch Large Phone Organizer Wristlet | JJUQ Womens Wallet Leather Large Capacity Zipper Wristlet Wallets for Women-peacock blue | GOIACII Womens Wallets Rfid Credit Card Holder with 2 Zipper Pockets, 3 ID Windows Ladies Purse Leather | MEITRUE Women's Wallet Leather RFID Blocking Trifold Ladies Purse Embossed long Clutch Card Holder Phone... |

6,189    5,208    177    1,562    1,142    293    2,654

-26% $33.99    -11% $15.98    $13.99    -35% $25.99    -13% $12.99    $19.99    $16.99
List: $45.99    List: $17.98    Get it as soon as Sunday, Aug 3    List: $39.99    Typical price $14.99    Get it as soon as Sunday, Aug 3    Get it as soon as Sunday, Aug 3
Get it as soon as Sunday, Aug 3    Get it as soon as Sunday, Aug 3    FREE shipped on orders over $35    Get it as soon as Sunday, Aug 3    Get it as soon as Sunday, Aug 3    FREE Shipping on orders over $35 shipped by Amazon    FREE Shipping on orders over $35 shipped by Amazon
FREE Shipping on orders over $35 shipped by Amazon    FREE Shipping on orders over $35 shipped by Amazon        FREE Shipping on orders over $35 shipped by Amazon    FREE Shipping on orders over $35 shipped by Amazon

---

## Product information

https://www.amazon.com/Wallet-Leather-Wristlet-Capacity-Blocking/dp/B0CLJ6SFN6/?th=1

1/3

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 18 of 53 PageID #:54

| Style | | Item details | |
|---|---|---|---|
| **Features & Specs** | | Brand | generic |
| **Materials & Care** | | Age Range Description | Adult |
| | | Model Name | Wallet for Women Small Size Cute Red Clutch Purses for Women Formal |
| **Warranty & Support** | | Style Number | wallet for women wristlet |
| Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details. | | ASIN | B0CLJ6SFN6 |
| | | Item Type Name | Travel Accessory- Money Belt |
| Product Warranty: For warranty information about this product, please click here | | Item Height | 3 inches |
| **Feedback** | | Manufacturer | 广州瑞兴皮具有限公司   Guangzhou Ruixing Co., Ltd. |
| Would you like to tell us about a lower price? | | **Measurements** | |
| | | **Additional details** | |

## Product Description

wallet women large rfid women leather coin purse, small 2 zippered change pouch wallet wristlet wallets for women phone women's zippered wallet womens wallet slim rfid blocking small womens wallet with key ring rfid wallet women pink white womens wallet wristlet with phone pocket wallet for women with wrist strap large women's wallets, card cases & money organizers womens wallet small coin purse rfid wallet women passport neck women's wallet with zipper slim card wallet women rfid wallet women slim card wallets for women pink cell phone purse wristlet clutch wallets for women with wrist strap large wallet with strap womens wallet purse with strap small womens wallet slim zipper slim wallet for women with zipper womens wallet small rfid small key ring wallet for women women's wallets leather top snap closure clutch purses for women wedding guest wallets for women wedding guest wallet long slim wallet for women rfid blocking leopard bangle bracelet keychain wallet women cute pink card wallets for women keychain 10 rfid wristlet wallets for women passport leather wallets for women slim rfid wallet women zipper small travel wallet womens rfid blocking large double zipper wallet for women clutch purses womens wallets leather small small slim rfid wallet women black and white flowers women's wallet with strap clutch purses for women wedding pink slim rfid wallet women women's thin wallet and cash leather wallets for women womens wallet women small cute card wallet women black wristlet wallets for women small wallets for women slim leather rfid wallet women leather snap womens small zipper wallet with wrist strap black wallet for women clutch purses for women wedding guest womens wallet with checkbook holder and phone holder womens wallets small zipper women leather wallets clutch purses for women casual handmade wristlet wallets for women women's wallet rfid zipper small zippered wallet for women slim

## Explore top deals in related categories   See all deals

Page 1 of 5

      

| ANRABESS Womens Puff Long Sleeve Shirts Crewneck Fall Tops Basic Dressy Casual Blouses... | Amazon Essentials Women's Short-Sleeve Scoopneck Tunic, Pack of 2 | ANRABESS Womens Tops Mock Neck Half Sleeve Shirts Ribbed Knit Slim Fit Basic Tee 2025... | ANRABESS Women Tops Cap Sleeve Textured Dressy Casual V Neck Shirts 2025 Summer... | Red Kap Women's Cooling Short Sleeve Tee | Levi's Women's Bull Twill Cotton Shirt Shacket (Standard & Plus Sizes) | GRACE KARIN Sparkly Fringe Tops for Women Sleeveless Crewneck Tassel Sequin Tank Top... |
|---|---|---|---|---|---|---|
| 362 | 4,504 | 40 | 1,148 | 2 | 69 | 182 |
| -53% $9⁴⁹ | -19% $11³⁰ | -33% $9⁹⁹ | -24% $11³⁸ | -54% $9⁶⁰ | -20% $72²⁰ | -50% $17⁹⁹ |
| List: $10.99 | Typical: $13.98 | Limited time deal | Limited time deal | List: $20.99 | List: $89.99 | Limited time deal |
| Limited time deal | | | | Limited time deal | Limited time deal | Typical: $35.99 |
| Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping by Amazon Only 2 left in stock - order... | FREE Shipping by Amazon Only 4 left in stock - order... | FREE Shipping on orders over $35 shipped by Amazon |
| | 0% Claimed | | | 0% Claimed | 0% Claimed | |
| | 🌿 2 sustainability features | | | | | |

## Products related to this item   Sponsored ⓘ

Page 1 of 58

      

| typecase Womens Wallet Card Holder: Pop Up Card Case, Genuine Leather, RFID Blockin... | Womens Wallet Card Holder: Pop Up Card Case, Genuine Leather, RFID Blocking, Slim, ... | Leather Wallet Women,RFID Blocking Small Wallet for Women Compact Card Holder... | Womens Wallet,RFID Wallet For Women,Vegan Leather Bifold Small Wallet Women Credit ... | SENDEFN Wallets for Women Leather Credit Card Holder with RFID Blocking Large Capac... | Wallet Women,RFID Blocking Leather Womens Wallet Bifold Compact Card Holder... | Marc Jacobs Women's The Leather Card Case |
|---|---|---|---|---|---|---|
| 36 | 12 | 11 | 28 | 28,243 | 52 | 4 |
| $39⁹⁹ | $39⁹⁹ | $22²⁹ | $23⁹⁵ | Amazon's Choice | $25⁵⁹ | $75⁰⁰ |
| You pay $31.99 with coupon | You pay $17.83 with coupon | | | Limited time deal | | |
| | | | | -15% $19⁴⁸ | | |
| | | | | Typical: $22.99 | | |

## Videos

Help others learn more about this product by uploading a video!

⬚ Upload your video

## Similar brands on Amazon
Sponsored

Page 1 of 2

   

| FALAN MULE Small Wallet for Women Leather Bifold Compact RFID Blocking... | Wrangler Western Cowhide Crossbody Bags for Women Clutch Wristlet Purse | GOIACII Small Women Wallet Genuine Leather RFID Blocking Bifold Zipper... |
|---|---|---|
| 4.4   10,963 | 4.6   775 | 4.4   4,299 |
| 27% off   Limited time deal | 20% off   Limited time deal | $19.98 |

2025/6/1 19:38    Amazon.com:Rfid Wallet Women, 2024 New Leather Wallet Women Wristlet Zip Around Bifold Large Capacity Rfid Blocking Credit Card Wallet Clutch,EirBest Purses, Travel Wallet for Women Gir…

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 19 of 53 PageID #:55

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

Does it have a place for coins?    Is this wallet made of genuine leather?    Can it hold a passport?

Does it have RFID blocking?    Is it easy to clean?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Live | PillPack | Amazon Renewed | Amazon Luna | |
| | Real-Time Crime & Safety Alerts | Stream. Shop. Live. | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 20 of 53 PageID #:56

# CuteSPS237

Visit the CuteSPS237 storefront

**100% positive** lifetime (3 total ratings)

## About Seller

CuteSPS237 is committed to providing each customer with the highest standard of customer service.

### Have a question for CuteSPS237?

Ask a question

## Reviews

5 out of 5

3 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

3 total ratings, 3 with feedback for Lifetime

"Eeverything was good, thank you! "
By Firdaus S. on July 15, 2024.

"My daughter is in love with her blanket. "
By Diana P Cevallos-Rodriguez on January 14, 2024.

"Perfect for my daughters Cinnamoroll collection "
By Missie on December 14, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** nanyangshiguanzhuanggongquxiongnanyubaihuodian
**Business Address:**
河南省南阳市官庄工区胜利路
胜利小区1号楼3单元302室00092号
南阳市
河南
473000
CN

## Shipping Policies

## Other Policies

# Secure checkout ■

Cart

**Delivering to John**                          Change

CHICAGO IL 60607-1846 UNITED STATES, 1519 W WARREN
BLVD UNIT 304 PMB 171, CHICAGO, IL, 60607-1845, United
States

Add delivery instructions

**Paying with Mastercard 0283**                 Change

Use a gift card, voucher, or promo code

Try Prime Free



John, we're giving you Prime free for 30 days.            [ Try Prime free for 30 days ]

Get fast, FREE delivery, starting with eligible             Cancel anytime.
items in this order and get the best of shopping
and entertainment by trying Prime FREE for 30
days.

## Arriving Jun 8, 2025 - Jun 19, 2025

Rfid Wallet Women, 2024 New                    ● **Sunday, Jun 8 - Thursday, Jun 19**
Leather Wallet Women                              $20.00 - Delivery
Wristlet,Zip Around Bifold Large
Capacity Rfid Blocking Credit                  ○ **Wednesday, Jun 4 - Friday, Jun 6**
Card Wallet Clutch EirBesr                        $39.98 - Delivery
Purses, Travel Wallet for Women
Girls Ladies Mom
**$8.99**
Ships from CuteSPS237
Sold by CuteSPS237

[ 1 ]

Gift options not available

[ Place your order in USD ]  Order total: USD 29.92
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations John, you are eligible
for 30 days of Prime for $0!

[ Try Prime free ]

[ Place your order in USD ]

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items: | USD 8.99 |
| Shipping & handling: | USD 20.00 |
| Estimated tax to be collected:* | USD 0.93 |
| **Order total:** | **USD 29.92** |

**Amazon Currency Converter**
Disabled - Pay in USD

HKD 238.99          USD 29.92

Change card currency

What is the Amazon Currency Converter?

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and
restrictions apply. See Amazon.com's Returns Policy

Back to cart

**amazon**.com

### Details for Order # 106-8117325-1757582
Print this page for your records.

**Order Placed:** June 2, 2025
**Amazon.com order number:** 106-8117325-1757582
**Order Total:** $29.92

---

**Not Yet Shipped**

---

**Items Ordered** | **Price**
--- | ---
1 of: *Rfid Wallet Women, 2024 New Leather Wallet Women Wristlet,Zip Around Bifold Large Capacity Rfid Blocking Credit Card Wallet Clutch EirBesr Purses, Travel Wallet for Women Girls Ladies Mom* | $8.99
Sold by: CuteSPS237 (seller profile) |
Supplied by: Other |
|
Condition: New |

**Shipping Address:**

▮▮▮▮▮▮▮
1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

**Shipping Speed:**
Standard Shipping

---

**Payment information**

**Payment Method:**
Paying with Mastercard 0283

**Billing address**

▮▮▮▮▮▮▮
1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

| | |
--- | ---
Item(s) Subtotal: | $8.99
Shipping & Handling: | $20.00
| -----
Total before tax: | $28.99
Estimated tax to be collected: | $0.93
Gift Card Amount: | -$0.00
| -----
**Grand Total:** | **$29.92**

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates



Back to top

**amazon**

🌐 English ⇕ | 🇺🇸 United States | Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕
© 1996-2024, Amazon.com, Inc. or its affiliates

Defendant No.: 4

Store Name:
**dangyangshihongxiansunjiajuliansu
ochanggerenduzi**

Platform:
**Amazon**

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 24 of 53 PageID #:60

Deliver to John
Chicago 60607

All ∨  Search Amazon

Hello, John
Account & Lists ∨

Returns
& Orders

0
Cart

All     Rufus     Join Prime     Amazon Haul     Same-Day Delivery     Medical Care ∨     Saks     Prime Video     Amazon Basics     Today's Deals     Groceries ∨     Buy Again     Best Sellers     Keep Shopping For

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets









Click to see full view

🔆 Ask Rufus

Does it have a place for coins?     Can it hold a passport?

Is this wallet made of genuine leather?     Ask something else

### Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity Zip Around Rfid Blocking Bifold Clutch Purses Credit Card Holder, EirBesr Travel Wallet for Mom Women Ladies Girls

Brand: generic

Search this page

$8⁹⁹

Get a $50 Gift Card: Pay upon approval for Amazon Visa. No annual fee.

- wallet women large cute small zipper pouch wallet for women wristlet wallets for women keychain pink women's genuine leather double zipper checkbook wallet made in usa womens wallet slim bifold small womens wallet passport lanyard wallet for women womens wallet wristlet keychain small wallet with wrist strap for women women's wallets slim floral womens credit card wallet small with phone holder neck strap small travel wallet women rfid slim passport holder women's wallet slim travel women
- wallet women slim rfid card wallet for women keychain wristlet wallets for women keychain cow women's clutch wallet purse with shoulder strap womens wallet purse slim small womens wallets with credit card slots and change purse slim wallet for women womens wallet rfid blocking genuine leather small wallet for women with key ring 10 women's wallets large capacity clutch purses for women formal wedding wallets for women medium size women's wallet small slim slim wallet with cash pocket women
- wallet women wristlet phone case card wallets for women rfid wristlet wallets for women phone leather wallets for women with checkbook rfid wallet women small leather womens rfid blocking small wallet with lanyard 5 inches small black wallet womens wallets leather pattern womens wallets small women's pretty bling wallets small to medium size clutch purses for women wedding rose gold slim wallets for women leather credit card & id holder slim design black women's wallet real leather
- wallet women small with coin holder rfid credit card holder wallets for women leather zipper slim women's wallets small all leather small bifold wallets for women small rfid wallet for women slim zipper womens small zipper wallet women wallet leather womens wallet keychain bulk womens wallets small medium wallet for women silver clutch purses for women formal trendy wallets for women 2024 women's wallet wristlet rfid slim wallet for women rfid blocking zippered womens credit card wallet
- id wallet for women keychain small wallet for women card holder women's wallets small zipper leather wallets for women designer 10 rfid wallet women travel passport small womens wallet passport 2 card women wallet purse which carry mobile formal womens wallet large rfid womens wallets large capacity cell phone wallet for women small size red clutch purses for women red and gold medium size wallets for women women's wallet black butterfly wallet women small with coin holders

› See more product details

Report an issue with this product or seller

$8⁹⁹

$20 delivery June 9 - 21. Details

Or fastest delivery June 5 - 8.
Details

Deliver to John - Chicago 60607

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from     dangyangshihongxians
unjiajuliansuochangger
enduzi

Sold by     dangyangshihongxians
unjiajuliansuochangger
enduzi

Returns     30-day
refund/replacement
More ▼

🔒 Secure transaction

Add to List

## Based on your recent shopping trends

Page 1 of 5



BOSTANTEN Leather
Wallet for Women RFID
Blocking Zip Around
Credit Cards Holder
Phone Clutch
6,189
-26% $33⁹⁹
List: $45.99
Get it as soon as Sunday, Aug
3
FREE Shipping on orders over
$35 shipped by Amazon



Women Vegan Leather
Wallet Bifold Clutch
Large Capacity Card
Organizer Buckle Long
Purse for Girls Candy…
5,208
-11% $15⁹⁸
List: $17.98
Get it as soon as Sunday, Aug
3
FREE Shipping on orders over
$35 shipped by Amazon

Cynure Women's Vegan
Leather 17 Card Slots
Card Holder Long Big
Bifold Wallet
177
$13⁹⁹
Get it as soon as Sunday, Aug
3
FREE Shipping on orders over
$35 shipped by Amazon



FT FUNTOR Women's Big
Fat RFID Blocking Wallet
Leather Zip Around
Clutch Large Phone
Organizer Wristlet
1,562
-35% $25⁹⁹
List: $39.99
Get it as soon as Sunday, Aug
3
FREE Shipping on orders over
$35 shipped by Amazon



JJUQ Womens Wallet
Leather Large Capacity
Card Holder Zipper
Wristlet Wallets for
Women-peacock blue
1,142
-13% $12⁹⁹
Typical price: $14.99
Get it as soon as Sunday, Aug
3
FREE Shipping on orders over
$35 shipped by Amazon



GOIACII Womens Wallets
Rfid Credit Card Holder
with 2 Zipper Pockets, 3
ID Windows Ladies Purse
Leather
293
$19⁹⁹
Get it as soon as Sunday, Aug
3
FREE Shipping on orders over
$35 shipped by Amazon



MEITRUE Women's Wallet
Leather RFID Blocking
Trifold Ladies Purse
Embossed long Clutch
Card Holder Phone…
2,654
$16⁹⁹
Get it as soon as Sunday, Aug
3
FREE Shipping on orders over
$35 shipped by Amazon

## Explore top deals in related categories     See all deals

Page 1 of 5

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 25 of 53 PageID #:61

      

| ANRABESS Women's Boat Neck Long Sleeve Shirts Rib Knit Slim Fitting Tops Basic Tees 2025 Casual… | GRACE KARIN Womens Long Lantern Sleeve High-Neck Ruched Front Fitted Blouse | ANRABESS Womens 3/4 Sleeve Tops Henley Shirts Casual Trendy Button T Shirts 2025 Summer… | ANRABESS Oversized Tshirts for Women Summer Tops Short Sleeve Casual Loose Ba… | ANRABESS Womens High Neck Tank Tops Stretchy Sleeveless Racerback Sexy Slim Fit Basic Tee… | Dokotoo Womens Casual Sleeveless Shirts Halter Neck Leopard Print Tank Top and Blouses | ANRABESS Women's Long Sleeve Shirts 2025 Fall Henley Dressy Loose Casual Tops Trendy… |
|---|---|---|---|---|---|---|
| 15 | 1,565 | 275 | 385 | 298 | 4,015 | 55 |
| -37% $9⁴⁹ | -33% $23⁴⁴ | -50% $9⁹⁹ | -17% $9⁹⁸ | -15% $8⁴⁹ | -50% $7⁴⁹ | -60% $7⁹⁹ |
| Typical: $14.99 | Typical: $34.99 | List: $19.99 | List: $11.99 | Typical: $9.99 | Typical: $14.99 | List: $19.99 |
| Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal |
| Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| Only 3 left in stock - order… | | | | | | |

## Product information

| Style | | Item details | |
|---|---|---|---|
| **Features & Specs** | | Brand | generic |
| **Materials & Care** | | Age Range Description | Adult |
| **Measurements** | | Model Name | Rfid Wallet Women Slim Vegan Women's Wallet With Checkbook Holder |
| | | ASIN | B0CQM1FXMF |
| | | Item Type Name | Travel Accessory- Money Belt |
| | | Included Components | Shoulder Strap |
| | | Item Height | 3 inches |
| | | Manufacturer | 广州瑞兴皮具有限公司   Guangzhou Ruixing Co., Ltd. |

**Warranty & Support**

Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## Product Description

wallet keychain wallet for women small wallet for women with wrist strap women's wallets small bifold leather zip wallets for women small keychain rfid wallet women travel small small womens wallet passport 20 women wallet small leather all womens wallet large cute cute fun womens wallets wallet for women small size cute red clutch purses for women formal cute medium size wallets for women black women's rfid blocking wallet wallet women small with coin purse credit card wallet small wallet keychain for women small wallet for women rfid women's wallets small with key ring leather wristlet wallets for women keychain rfid wallet women travel fanny pack small womens wallets women wallet small slim black evening clutch womens wallet leather genuine cute womens wallets large wallet for women small size id real wallet zip around wallets for women black and brown women's wallet wallet women small with coin and card holder slim womens wallet slim small wallet for women zipper coin purse credit card holder cotton women's wallets rfid blocking with checkbook womens wallet small slim thin rfid wallet women slim keychain women's wallet black leather wallet womens black clutch womens wallet leather rfid blocking purse credit card clutch slim womens wallets with credit card slots wallet for women rfid blocking cute black clutch purses for women formal wedding small cute wallet rfid blocking women credit card inserts womens leather small debit card, driver license holder wallet thin women women's wallets rfid blocking-slim leather womens wallet small slim purple rfid wallet women slim wristlet women's wallet slim women wallet leather designer black clutch womens wallets rfid blocking wristlet womens wallet with wrist strap wallet for women rfid blocking with bracelet pink clutch purses for women formal wedding small wallet women slim credit card wallets for women 20 slots small travel neck wallet

## Frequently purchased items with fast delivery

Page 1 of 5

     

| GOIACII Women's Wallet Double Zip Around Credit Card Holder Ladies Wallet Rfid Blocking Wristlet Purse Medium Size… | TFKGS Wallet for Women RFID Blocking Leather Large Capacity Card Holder Ladies Phone… | GOIACII Women's Wallet Large Capacity Double Zip Ladies Card Phone Holder RFID Blocking Wristlet Leather | Yarnic Red Women Wallet -Wallet for Woman with Wristlet Band Wallet Credit Card Holder Clutch Money Pockets Case Co… | TOPKULL Wallets for Women Bifold Small Rfid Soft Leather Ladies Wallets Trifold Womens Wallets Billfolds Mini… | VIMUTI Womens Wallet Rfid Embossed Vegan Leather Multi Card Slots Wallets Large Capacity Wristlet Travel Purse fo… | Movefad Women Leather Wallet Crossbody Shoulder Bag with Double Zipper and Mobile Phone Purse with… |
|---|---|---|---|---|---|---|
| 142 | 779 | 2,300 | 439 | 6,775 | 45 | 153 |
| $21⁹⁹ | List: $24.99 | $24⁹⁹ | $17⁹⁹ | $20⁹⁸ | $24⁹⁷ | $13⁹⁹ |
| | -28% $17⁹⁹ | Amazon's Choice | | | | |
| | Amazon's Choice | | | | | |
| Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## What's in the box

- Shoulder Strap

## Videos

Help others learn more about this product by uploading a video.

Upload your video

## ✨ Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it have a place for coins?    Can it hold a passport?    Is this wallet made of genuine leather?

Does it have RFID blocking?    Is it easy to carry around?

2025/6/2 16:29    Amazon.com: Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity Zip Around Rfid Blocking Bifold Clutch Purses Credit Card Holder, FirBesr Travel Wallet for Mom Women Ladie···

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 26 of 53 PageID #:62

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Live
Stream. Shop. Live

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

2025/6/2 16:29
Amazon.com Seller Profile: dangyangshihongxiansunjiajuliansuochanggerenduzi
Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 27 of 53 PageID #:63

# dangyangshihongxiansunjiajuliansuochanggerenduzi

Visit the dangyangshihongxiansunjiajuliansuochanggerenduzi storefront

**40% positive** lifetime (5 total ratings)

## About Seller

dangyangshihongxiansunjiajuliansuochanggerenduzi is committed to providing each customer with the highest standard of customer service.

**Have a question for dangyangshihongxiansunjiajuliansuochanggerendu**

Ask a question

## Reviews

2.4 out of 5

5 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 20% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 60% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

5 total ratings, 5 with feedback for Lifetime

"the sizes are weird and it took almost 2.5 months to get here"

By dom on September 19, 2024.

"i ordered the biggest size which is my size, and it doesnt even fit my 9 year old sister which is in 10/12 in kids."

By Zoie Z on September 8, 2024.

"El paquete nunca llego"

By Luis Calderón on July 2, 2024.

"Cobija pequeña"

By Medida mal on April 8, 2024.

"Great item thanks"

By Ahmed Zaghloul on February 26, 2024.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** dangyangshihongxiansunjiajuliansuochanggerenduzi
**Business Address:**
  当阳市玉泉街道
  关陵路90号-E区103号
  宜昌市
  湖北
  444100
  CN

## Shipping Policies

## Other Policies

## Secure checkout ■

Cart

**Delivering to John**                                    Change

CHICAGO IL 60607-1846 UNITED STATES, 1519 W WARREN BLVD UNIT 304 PMB 171, CHICAGO, IL, 60607-1845, United States

Add delivery instructions

**Paying with Mastercard 0283**                           Change

Use a gift card, voucher, or promo code

Try Prime Free



John, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

[ Try Prime free for 30 days ]

Cancel anytime.

### Arriving Jun 9, 2025 - Jun 21, 2025



Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity Zip Around Rfid Blocking Bifold Clutch Purses Credit Card Holder, EirBesr Travel Wallet for Mom Women Ladies Girls

**$8.99**

Ships from dangyangshihongxiansunjiajuliansuochanggerenduzi

Sold by dangyangshihongxiansunjiajuliansuochanggerenduzi

[ 1 ]

Gift options not available

○ **Monday, Jun 9 - Saturday, Jun 21**
$20.00 - Delivery

○ **Thursday, Jun 5 - Sunday, Jun 8**
$39.98 - Delivery

---

Congratulations John, you are eligible for 30 days of Prime for $0!

[ Try Prime free ]

[ Place your order in USD ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | USD 8.99 |
| Shipping & handling: | USD 20.00 |
| Estimated tax to be collected:* | USD 0.93 |
| **Order total:** | **USD 29.92** |

**Amazon Currency Converter**
Disabled - Pay in USD

HKD 238.99    USD 29.92

Change card currency

What is the Amazon Currency Converter?

---

[ Place your order in USD ]    Order total: USD 29.92

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

**amazon**.com

### Details for Order # 106-8117325-7283300
Print this page for your records.

**Order Placed:** June 3, 2025
**Amazon.com order number:** 106-8117325-7283300
**Order Total:** $29.92

---

### Not Yet Shipped

---

**Items Ordered**      **Price**

1 of: *Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity Zip Around Rfid Blocking Bifold Clutch Purses Credit Card Holder, EirBesr Travel Wallet for Mom Women Ladies Girls*    $8.99
Sold by: dangyangshihongxiansunjiajuliansuochanggerenduzi ( seller profile )
Supplied by: Other

Condition: New

**Shipping Address:**

1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

**Shipping Speed:**
Standard Shipping

---

### Payment information



**Payment Method:**
Paying with Mastercard 0283

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $20.00 |
| | ----- |
| Total before tax: | $28.99 |
| Estimated tax to be collected: | $0.93 |
| Gift Card Amount: | -$0.00 |
| | ----- |
| **Grand Total:** | **$29.92** |

**Billing address**

1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

Back to top

**amazon**

| 🌐 English ⇕ | 🇺🇸 United States | Help |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑️✕
© 1996-2024, Amazon.com, Inc. or its affiliates

Defendant No.: 5

Store Name:

**dongguanbishixinxikejiyouxiangong
si**

Platform:

**Amazon**

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 31 of 53 PageID #:67

Deliver to John
Chicago 60607

All ▼    Search Amazon

EN ▼    Hello, John
Account & Lists ▼

Returns
& Orders

0    Cart

All    Rufus    Join Prime    Amazon Haul    Same-Day Delivery    Medical Care ▼    Saks    Prime Video    Amazon Basics    Today's Deals    Groceries ▼    Buy Again    Best Sellers    Keep Shopping For

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets









Click to see full view

**Ask Rufus**

Does it have a place for coins?    Is this made of genuine leather?    Can it hold a smartphone?

Ask something else

## Rfid Wallet Women, Leather Wristlet Wallets for Women, Rfid Blocking Bifold Zip Around Large Capacity Credit Card Wallet Clutch Purses, Travel Wallet for EirBesr Mom Women Girls Ladies

Brand: generic

Search this page

$8⁹⁹

Get a $50 Gift Card: Pay upon approval for Amazon Visa. No annual fee.

- wallet women cute wallet women small zipper pink wallets for women small size wristlet women's wallet with zipper top womens wallets rfid blocking with strap womens wallets large capacity with checkbook holder guenuine leather wallet for women womens wallet with checkbook holder small zip credit card wallet for women green women's wallets, card cases & money organizers leather small black womens wallet with keychain rfid wallet women slim vegan women's wallet with checkbook holder women
- wallet women slim cute card wallets for women rfid wristlet wallets for women phone holder women's wallet with shoulder strap womens wallet slim boho small womens wallet slim keychain cute keychain wallet for women gold clutch purses for women womens wallet small black small wallet for women with a key ring women's wallets leather designer clutch purses for women formal rfid wallet women's wristlet nylon women's wallet slim leather slim wallet for women rfid blocking with keyring credit
- wallet women cute big card wallets for women keychain 6 cards wristlet wallets for women small zip women's checkbook wallet rfid wallet women passport small womens bifold wallets with credit card slots soft leather large card holder wallet for women small womens wallet rfid blocking small zip wallet women white extra large women's wallets clutch purses for women wedding purple wallets for women with wristlet women's wallet small boho slim cash wallet for women credit card holder keychain
- wallet women wristlet rfid card wallets for women slim zipper wristlet wallets for women black and silver small leather wallet rfid wallet women small turtle womens small zippered wallet small black leather wallet women clutch purses womens wallet with checkbook holder slim womens wallets with wrist strap women wallets large clutch purses for women casual rfid wristlet wallets for women women's wallet rfid cute thin leather wallet for women slim credit card holder for women
- wallet women rfid blocking large pink card wallets for women women's wallets medium size leather wallets for women designer for men slim wallet for women rfid blocking zipper small womens wallet passport cover women wallet rfid blocking small womens wallet large capacity womens wallets large capacity with checkbook holder wallet for women wristlet clutch purses for women formal flower wallets for women rfid blocking for cash and card women's small wristlet wallet slim leather zipper

› See more product details

Report an issue with this product or seller

$8⁹⁹

$20 delivery June 10 - 20.
Details

Or fastest delivery June 5 - 9.
Details

Deliver to John - Chicago 60607

Only 20 left in stock - order soon.

Quantity:1

Add to Cart

Buy Now

Ships from    dongguanbishixinxikeji youxiangongsi
Sold by    dongguanbishixinxikeji youxiangongsi
Returns    30-day refund/replacement
Payment    Secure transaction

⌄ See more

Add to List

## Based on your recent shopping trends

Page 1 of 5



**Bveyzi Women's Big Fat Rfid Leather Wristlet Wallet Organizer Large Phone Checkbook Holder with Zipper Pocket...**
331
$36⁹⁷
Get it as soon as **Sunday, Aug 3**
FREE Shipping by Amazon



**Mou Meraki Big Fat RFID Blocking Leather Organizer Checkbook Wallets For Women - Clutch**
3,590
$32⁹⁰
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock - order...



**SENDEFN Women's Wallet Large Capacity RFID Blocking Leather Wallets Credit Cards Organizer with...**
851
-5% $25⁶⁴
Typical: $26.99
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**VONCOSS Women Fashion Zip Around Wallet Large Capacity Long Purse Credit Card Phone Holder Clutch wi...**
195
$21⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**GOIACII Womens Wallet RFID Blocking Leather Zip Around Wallet Large Capacity Long Purse Credit Card Clutch...**
3,889
$22⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**VALENCHI Leather Wallet For Women RFID Blocking Slim Minimalist Ladies Long Clutch Purse Organizer Credit Card...**
3,403
$24⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**Itslife Womens Wallet,Large Capacity RFID Blocking Leather Wallets Credit Cards Organizer Ladies Wallet...**
5,600
$29⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon

## Explore top deals in related categories

See all deals    Page 1 of 5

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 32 of 53 PageID #:68








| Trendy Queen Going Out Tops Leather Top Fall Outfits 2025 Asymmetrical Mock Ne… | Dokotoo Womens Waffle Knit Tops 2025 Fashion 3/4 Sleeve Casual Button Down Shirts Crew Neck… | ANRABESS Long Sleeve Shirts for Women V Neck Ribbed Knit Slim Fall Basic Tshirts Going Out… | Amazon Essentials Women's Regular-Fit Georgette Short Sleeve Top | ANRABESS Long Sleeve Shirts for Women V Neck Casual Fall Tops Loose Fit Lightweight Sweaters… | Red Kap Women's Cooling Short Sleeve Tee | GRACE KARIN Womens Long Lantern Sleeve High-Neck Ruched Front Fitted Blouse |
|---|---|---|---|---|---|---|
| 43 | 235 | 38 | 69 | 2,615 | 2 | 1,565 |
| -50% $9⁹⁹ | -40% $14⁹⁹ | -50% $9⁹⁸ | -17% $11⁵⁰ | -50% $11⁹⁹ | -54% $9⁶⁰ | -33% $23⁴⁴ |
| Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal |
| Typical: $19.99 | List: $24.88 | List: $19.99 | Typical: $13.93 | List: $23.99 | List: $20.99 | List: $34.99 |
| Get it as soon as **Sunday, Aug 3** | Get it as soon as **Sunday, Aug 3** | Get it as soon as **Sunday, Aug 3** | Get it as soon as **Sunday, Aug 3** | Get it as soon as **Sunday, Aug 3** | Get it as soon as **Sunday, Aug 3** | Get it as soon as **Sunday, Aug 3** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Sunday, Aug 3** | FREE Shipping on orders over $35 shipped by Amazon |
| 3% Claimed | | | 0% Claimed | | FREE Shipping on orders over $35 shipped by Amazon | |
| 🌿 1 sustainability feature | | | | | Only 2 left in stock - order… | |
| | | | | | 0% Claimed | |

## Product information

### Style

### Features & Specs

### Materials & Care

**Warranty & Support**

Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

### Item details

| | |
|---|---|
| Brand | generic |
| Age Range Description | Adult |
| Model Name | Rfid Zipper Wallet Women Small Womens Wallet Passport Protector |
| Style Number | rfid wallet women small metal |
| ASIN | B0F7XGF6MQ |
| Item Type Name | Travel Accessory- Money Belt |
| Included Components | Shoulder Strap |
| Item Height | 3 inches |
| Manufacturer | 广州瑞兴皮具有限公司   Guangzhou Ruixing Co., Ltd. |

### Measurements

### Additional details

## Product Description

wallet women small rfid pink wallets for women women's wallets rfid blocking small leather bifold wallets for women rfid passport wallet women zipper womens small wallet with zipper pouch women wallet rfid blocking black clutch purses for womens wallets wallet keychain rfid womens wallets small nylon wallet for women small size gold clutch purses for women formal wallets small wallet keychain wristlet small wallet for women slim bifold zip leather zipper wallet wallet women rfid blocking small card wallets for women hot pink women's wallets rfid leather purses for women rfid blocking wallet women zipper small womens wallet rfid passport holder women wallet purse small black clutch purses for women womens wallet keychain pink womens wallets small with strap wallet for women large clutch purses for women formal gold wedding wallets for women 2024 wristlet women's wallet wristlet checkered slim zipper wallet for women rdif slim cash wallet women rfid blocking slim wallets for women pink women's wallets leather leather wallets for women designer small rfid wallet women slim zipper small womens wallet passport and phone women wallet large black clutch purses for women leather womens wallet keychain bifold womens wallets small wallet for women cute clutch purses for women formal set wallets for women 2024 with phone women's wristlet wallet fits phone thin rfid wallet for women slim with zipper womens credit card wallet women rfid blocking cute pink credit card wallets for women women's wallets slim leather purses for women designer double zipper wallet for women rfid large capacity small womens wallet passport organizer women wallet wristlet black clutch womens keychain wallet womens wallets large capacity cloth wallet for women rfid blocking clutch purses for women formal green wristlet wallets for women rfid blocking women's slim wallet wristlet small wallet for women slim zipper wallets

## Based on your recent views   Sponsored ⓘ        Page 1 of 58









| GOIACII Womens Wallets Large Capacity Credit Card Holder Rfid Wallet Women Double Zipper… | SENDEFN Wallets for Women Leather Credit Card Holder with RFID Blocking Large… | Biveyzi Women Soft Leather RFID Blocking Bifold Slim Wallets Ladies Credit Card… | GOIACII Womens Wallets Rfid Credit Card Holder with 2 Zipper Pockets, 3 ID Windows Ladies… | Blucoay Leather Wallet Women,RFID Blocking Small Wallet for Women Compact Card Holder… | Unisex Pebble Leather Wallet, Genuine Leather Wallets for Women, Compact Bifold Pocket… | Decahouy RFID Blocking Wristlet Wallet for Women, Slim PU Leather Clutch Purse with… |
|---|---|---|---|---|---|---|
| 1,233 | 28,243 | 3,012 | 293 | 11 | | |
| -8% $18⁴⁹ | -15% $19⁴⁸ | $26⁹⁹ | $19⁹⁹ | $22²⁹ | $18⁸⁸ | -48% $10⁸⁶ |
| Typical: $19.99 | Typical: $22.99 | | | | | List: $20.99 |
| | | | | You pay $17.83 with coupon | | |

## What's in the box

* Shoulder Strap

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it have a place for coins?    Is this made of genuine leather?    Can it hold a smartphone?

Does it have a wrist strap?    Is it easy to clean?

## Customer reviews

No customer reviews

5 star   0%
4 star   0%
3 star   0%
2 star   0%
1 star   0%

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers who viewed items in your browsing history also viewed


CLUCI Women Wallet Leather RFID Blocking Designer Trifold Card Holder Ladies Clutch wi…
7,390
Amazon's Choice
-20% $20.79
Typical: $25.99
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon


FALAN MULE Women Genuine Leather Wallet Large Capacity Bifold…
8,977
Save 5%
-5% $18.99
Typical: $19.99
Lowest price in 30 days
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon


SENDEFN Women Leather Wallets RFID Blocking Clutch Card Holder Ladies Purse with Zipper Pocket
2,833
$24.99-$26.49


APHISON Womens Wallets RFID Blocking Leather Clutch Long Wallet for Women Card Holder Phone Organizer Ladies Travel Purse…
5,533
$16.99-$21.99


SENDEFN Wallets for Women Leather Credit Card Holder with RFID Blocking Large Capacit…
28,243
-35% $16.78
Limited time deal
List: $25.99
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon


GAEKEAO Wallet for Women Clutch RFID Blocking Wristlet Leather Purse Large Capacity Credit Card Holder with…
1,523
$23.98
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon

## Best Sellers in this category


JanSport SuperBreak One Backpacks - Durable, Lightweight Bookbag with 1 Main…
43,500
#1 Best Seller
$36.48
Get it as soon as **Sunday, Aug 3**
FREE Shipping by Amazon


JanSport Laptop Backpack - Computer Bag with 2 Compartments, Ergonomic Shoulder…
13,283
#1 Best Seller
-13% $47.84
List: $55.00
Get it as soon as **Sunday, Aug 3**
FREE Shipping by Amazon


Purina Fancy Feast Lickable Wet Cat Food Broth Complement Classics Collection Variety Pack - (Pack of 12) 1.4 …
6,253
-28% $11.59
($0.69/ounce)
List: $16.20


Clear Shoe Bags for Travel 5 PCS, 15.7" x 11.8" Travel Shoe Bags…
2,678
#1 Best Seller
-23% $5.38
Limited time deal
List: $6.99
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon


JanSport Cool Backpack, with 15-inch Laptop Sleeve - Large Computer Bag Rucksack with 2 Compartments,…
6,820
$59.99
Get it as soon as **Sunday, Aug 3**
FREE Shipping by Amazon


Taygeer Travel Backpack for Women, Carry On Backpack with USB Charging Port & Shoe…
16,716
-40% $17.99
Limited time deal
List: $29.89
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History   View or edit your browsing history

  

Back to top

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card

**Let Us Help You**
Your Account
Your Orders

2025/6/3 17:22　Amazon.com: Rfid Wallet Women, Leather Wristlet Wallets for Women, Rfid Blocking Bifold Zip Around Large Capacity Credit Card Wallet Clutch Purses, Travel Wallet for Fi…

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 34 of 53 PageID #:70

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

| English | United States |

| Amazon Music
Stream millions
of songs | Amazon Ads
Reach customers
wherever they
spend their time | 6pm
Score deals
on fashion brands | AbeBooks
Books, art
& collectibles | ACX
Audiobook
Publishing
Made Easy | Sell on Amazon
Start a Selling
Account | Veeqo
Shipping Software
Inventory
Management |
| Amazon Business
Everything For
Your Business | Amazon Fresh
Groceries & More
Right To Your Door | AmazonGlobal
Ship Orders
Internationally | Home Services
Experienced Pros
Happiness
Guarantee | Amazon Web
Services
Scalable Cloud
Computing
Services | Audible
Listen to Books &
Original
Audio
Performances | Box Office Mojo
Find Movie
Box Office Data |
| Goodreads
Book reviews
&
recommendations | IMDb
Movies, TV
& Celebrities | IMDbPro
Get Info
Entertainment
Professionals Need | Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy | Amazon Photos
Unlimited Photo
Storage
Free With Prime | Prime Video Direct
Video Distribution
Made Easy | Shopbop
Designer
Fashion Brands |
| Amazon Resale
Great Deals on
Quality Used
Products | Whole Foods
Market
America's
Healthiest
Grocery Store | Woot!
Deals and
Shenanigans | Zappos
Shoes &
Clothing | Ring
Smart Home
Security Systems | eero WiFi
Stream 4K Video
in Every Room | Blink
Smart Security
for Every Home |
| | Neighbors App
Real-Time Crime
& Safety Alerts | Amazon Live
Stream. Shop. Live | PillPack
Pharmacy
Simplified | Amazon Renewed
Like-new products
you can trust | Amazon Luna
Video games from
the cloud,
no console
required | |

Conditions of Use　Privacy Notice　Consumer Health Data Privacy Disclosure　Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# dongguanbishixinxikejiyouxiangongsi

Visit the dongguanbishixinxikejiyouxiangongsi storefront

**50% positive** lifetime (4 total ratings)

## About Seller

dongguanbishixinxikejiyouxiangongsi is committed to providing each customer with the highest standard of customer service.

**Have a question for dongguanbishixinxikejiyouxiangongsi?**

Ask a question

## Reviews

3 out of 5

Lifetime

4 ratings

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 50% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

4 total ratings, 4 with feedback for Lifetime

"I never got this item. I'm hoping it get lost in the mail and I will receive it."

By Kira on July 8, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Product didnt have a seal and will noy allow a return. Can I get an order with the containers sealed"

By felicia young on June 9, 2025.

"The bottle was not glass nor was it sealed. When I opened the package I just was uneasy with direct outter package being black and it looked generic and unsafe"

By Paul Barber on May 13, 2025.

"Jury is still out on how god this works. Update in 6 weeks."

By dtides on May 9, 2025.

"This arrived today fairly quickly. Thanks."

By Jennifer K Skandarsky on May 6, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** dongguanbishixinxikejiyouxiangongsi

**Business Address:**
常平镇常平西兴六街
5号402房
东莞市
广东
523000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English      United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Place Your Order - Amazon Checkout

## Secure checkout ■

Cart

**Delivering to John**                                     **Change**

CHICAGO IL 60607-1846 UNITED STATES, 1519 W WARREN
BLVD UNIT 304 PMB 171, CHICAGO, IL, 60607-1845, United
States

**Add delivery instructions**

**Paying with Mastercard 0283**                           **Change**

**Use a gift card, voucher, or promo code**

Try Prime Free



John, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible
items in this order and get the best of shopping
and entertainment by trying Prime FREE for 30
days.

[ Try Prime free for 30 days ]

Cancel anytime.

### Arriving Jun 10, 2025 - Jun 20, 2025



Rfid Wallet Women, Leather
Wristlet Wallets for Women, Rfid
Blocking Bifold Zip Around Large
Capacity Credit Card Wallet
Clutch Purses, Travel Wallet for
EirBesr Mom Women Girls Ladies
**$8.99**
Ships from
dongguanbishixinxikejiyouxiangongsi
Sold by
dongguanbishixinxikejiyouxiangongsi

[ 1 ]

Gift options not available

- ⦿ **Tuesday, Jun 10 – Friday, Jun 20**
  $20.00 - Delivery
- ◯ **Thursday, Jun 5 – Monday, Jun 9**
  $39.98 - Delivery

[ Place your order in USD ]
Order total: USD 29.92
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

---

Congratulations John, you are eligible
for 30 days of Prime for $0!

[ Try Prime free ]

[ Place your order in USD ]

By placing your order, you agree to Amazon's
**privacy notice** and **conditions of use**.

| | |
|---|---|
| Items: | USD 8.99 |
| Shipping & handling: | USD 20.00 |
| Estimated tax to be collected:* | USD 0.93 |
| **Order total:** | **USD 29.92** |

**Amazon Currency Converter**
Disabled - Pay in USD

HKD 238.99      USD 29.92

**Change card currency**

**What is the Amazon Currency Converter?**

---

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and
restrictions apply. See Amazon.com's Returns Policy

**Back to cart**

Back to top

[ English ]   [ United States ]    Help



### Details for Order # 106-8117325-8016042
Print this page for your records.

**Order Placed:** June 4, 2025
**Amazon.com order number:** 106-8117325-8016042
**Order Total:** $29.92

---

**Not Yet Shipped**

---

**Items Ordered**

**Price**

1 of: *Rfid Wallet Women, Leather Wristlet Wallets for Women, Rfid Blocking Bifold Zip Around Large Capacity Credit Card Wallet Clutch Purses, Travel Wallet for EirBesr Mom Women Girls Ladies*

$8.99

Sold by: dongguanbishixinxikejiyouxiangongsi (seller profile)

Supplied by: Other

Condition: New

**Shipping Address:**

1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

**Shipping Speed:**
Standard Shipping

---

**Payment information**

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $8.99 |
| Paying with Mastercard 0283 | Shipping & Handling: $20.00 |
| | ----- |
| **Billing address** | Total before tax: $28.99 |
| | Estimated tax to be collected: $0.93 |
| 1519 W WARREN BLVD UNIT 304 PMB 171 | Gift Card Amount: -$0.00 |
| CHICAGO, IL 60607-1845 | ----- |
| United States | **Grand Total: $29.92** |

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

---

Back to top

amazon   ⊕ English ⬍   🇺🇸 United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✔✕
© 1996-2024, Amazon.com, Inc. or its affiliates

Defendant No.: 6

Store Name:
**EBULFEZ GURARAS**

Platform:
**Amazon**

2025/5/29 15:01  Amazon.com: Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking EirBesr Credit Card Wallet Clutch Purses,Travel Wallet for Women Mom Girls Lad...

Deliver to John
Chicago 60607    All ▾    Search Amazon    EN ▾   Hello, John
Account & Lists ▾   Returns
& Orders   Cart 0

All   Rufus   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Saks   Prime Video   Amazon Basics   Today's Deals   Groceries ▾   Buy Again   Best Sellers   Keep Shopping For   Customer Service

Clothing, Shoes & Jewelry  ›  Women  ›  Accessories  ›  Wallets, Card Cases & Money Organizers  ›  Wallets







Click to see full view

**❋ Ask Rufus**

Does it have a spot for coins?   Is this wallet made of real leather?   Can it hold a passport?

Ask something else

## Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking EirBesr Credit Card Wallet Clutch Purses,Travel Wallet for Women Mom Girls Ladies

Brand: generic
Search this page

$8.99

Get a $50 Gift Card: Pay upon approval for Amazon Visa. No annual fee.

- 💎💎💎【Premium Quality & Function】- This Women's Wallet Is Made Of Premium Pu Leather, Comfortable To The Touch. This wallet has 25 card slots and 2 ID windows, 1 receipt slot, 2 cash compartments. Lots of room to carry our phones, cash, coins, cards and receipts, ID cards, driver's licenses, or families' photos.It Is Suitable For Various Occasions, Such As Shopping, Working, Traveling, Dating, And Other Daily Use.
- 💎💎💎【RFID Blocking】RFID womens wallet with advanced RFID blocking technology, can perfectly block unwanted RFID readers from obtaining sensitive private information. Always protect your credit card, ID information from information hacker and data thieves while traveling or shopping.
- wallet women cute design card wallets for women keychain 2 pack small cute wristlet wallets for women women's wallets with checkbook holder rfid wallet women travel small rfid womens wallets with credit card slots wallet for women large capacity womens wallet rfid blocking leather small wallet for women with key ring 10 card large capacity women's leather wallets clutch purses for women wedding brown wallets for women small women's wallet small leather mens slim wallet for women
- wallet women wristlet pink card wallets for women slim pink rfid wristlet wallets for women with cell phone pocket real leather small wallets for women rfid wallet women small with zipper cute womens small rfid wallet black card wallet women clutch womens wallet with checkbook holder and coin purse womens wallets cute women genuine leather wallets clutch purses for women casual with handle wristlet wallets for women holds phone women's wallet rfid blocking small leather wallet for women
- wallet women rfid blocking cute pink credit card wallets for women women's wallets slim leather purses for women designer double zipper wallet for women rfid large capacity small womens wallet passport organizer women wallet wristlet black clutch womens keychain wallet womens wallets large capacity cloth wallet for women rfid blocking clutch purses for women formal green wristlet wallets for women rfid blocking women's slim wallet wristlet small wallet for women slim zipper womens

› See more product details

Report an issue with this product or seller



$8.99

$20 delivery June 7 - 18. Details

Or fastest delivery June 1 - 5.
Details

Deliver to John - Chicago 60607

**Only 20 left in stock - order soon.**

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from   EBULFEZ GURARAS
Sold by   EBULFEZ GURARAS
Returns   30-day
refund/replacement
Payment   Secure transaction

∨ See more

Add to List

## Explore top deals in related categories   See all deals

Page 1 of 8

                  

| Amazon Essentials Women's Short-Sleeve Scoopneck Tunic, Pack of 2 | Ekouaer 2 Pack Women's Scoop Neck Tops Long Sleeve Slim Fit T Shirt Thermal Shirts Basic... | Dokotoo Womens Corduroy Button Down Shirts Boyfriend Long Sleeve Oversized Blous... | Amazon Essentials Women's Regular-Fit Georgette Short Sleeve Top | ANRABESS Oversized Long Sleeve Shirts for Women Off the Shoulder Sweatshirt Loose V Nec... | ANRABESS Women's Boat Neck Long Sleeve Shirts Rib Knit Slim Fitting Tops Basic Tees 2025 Casual... | Skechers Women's Go Walk Moisture Wicking Go Dri Tunic Tee |
|---|---|---|---|---|---|---|
| 4,505 | 931 | 15,771 | 69 | 566 | 15 | 61 |
| -19% $11.50 | -56% $11.99 | -50% $14.99 | -17% $11.50 | -49% $19.99 | -37% $9.40 | -36% $18.50 |
| Limited time deal | Deal has ended | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal |
| Typical: $13.90 | List: $26.99 | Typical: $29.99 | Typical: $13.93 | List: $38.99 | Typical: $14.99 | List: $29.00 |
| Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| 0% Claimed | | | 0% Claimed | | Only 3 left in stock - order ... | 0% Claimed |
| ♻ 2 sustainability features | | | | | | |

## Products related to this item   Sponsored ⓘ

Page 1 of 10

                  

| Lavemi Women's RFID Blocking 100% Leather Large Capacity Zip Around Wallet Phone... | GOIACII Womens Wallet RFID Blocking Leather Zip Around Wallet Large Capacity Zip P... | Bveyzi Women RFID Blocking Wallet Leather Zip Around Phone Clutch Large Capacity La... | Wrangler Wallets for Women Slim Bifold Credit Card Holder | Women's Wallet RFID Blocking Leather Double Zip Large Capacity Card Holder Ladies P... | GAEKEAO Wallet for Women Clutch RFID Blocking Wristlet Leather Purse Large Capacity,... | Wallet for Women Clutch Double Zip Around Credit Card Leather Women's... |
|---|---|---|---|---|---|---|
| 21,330 | 3,889 | 14,822 | 1,324 | 63 | 1,522 | 148 |
| $25.49 | Amazon's Choice $19.99 | $26.59 | $19.99 | $22.99 | $26.99 | $13.99 |
| | | | | You pay $20.69 with coupon | | |

## Product information

Style    Item details

| | Brand | generic |
|---|---|---|
| **Features & Specs** | Age Range Description | Adult |
| | Model Name | Wallet Women Wristlet Small Leather Zipper Wallet Women |
| **Materials & Care** | Style Number | wallet women wristlet |
| **Measurements** | ASIN | B0F1KDS5WW |
| | Item Type Name | Travel Accessory- Travel Wallet |
| | Included Components | Card Holder |
| | Item Height | 3 inches |
| | Manufacturer | 广州瑞兴皮具有限公司   Guangzhou Ruixing Co., Ltd. |

**Warranty & Support**

Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## Product Description

wallet women wristlet small leather zipper wallet women wallets for women small size cute women's card & coin wallet thin flat fit small purse womens wallets rfid blocking with coin womens wallets with checkbook holder black rfid blocking wallet womens wallet purse small pocket wallet for women women's wallets, card cases & money organizers slim womens small black leather bi-fold wallet rfid wallet women slim pop-up women's wallet wristlet women wallet large capacity black clutch wallet women slim zipper card wallets for women wristlet wallets for women phone 15 plus women's wallet zipper closure womens wallet slim with ring small womens wallet slim rfid cute card holder wallet for women black and gold clutch purses for women womens wallet small slim small black leather for women with wrist strap women's wallets leather with checkbook holder clutch purses for women wedding rfid passport wallet women women's wallet slim thin slim wallet for women rfid blocking cute credit wallet women cute design card wallets for women keychain 2 pack small cute wristlet wallets for women women's wallets with checkbook holder rfid wallet women travel small rfid womens wallets with credit card slots wallet for women large capacity women wallets rfid blocking leather small wallet for women with key ring 10 card large capacity women's leather wallets clutch purses for women wedding brown wallets for women small women's small leather mens slim wallet for women wallet women wristlet pink card wallets for women slim pink rfid wristlet wallets for women with cell phone pocket real leather small wallets for women rfid wallet women small with zipper cute womens small rfid wallet black card wallet women clutch womens wallet with checkbook holder and coin purse womens wallets cute women genuine leather wallets clutch purses for women casual with handle wallet wristlet wallets for women holds phone women's wallet rfid blocking small leather wallet for women

## 4 stars and above <sub>Sponsored</sub>

     

Lavemi Women's RFID Blocking 100% Leather Large Capacity Zip Around Wallet Phone...   21,330   **-36%** $25⁴⁹   List: $39.99

Women's Wallet RFID Blocking Leather Double Zip Large Capacity Card Holder Ladies P...   63   $22⁹⁹

Women Leather Wallet Crossbody Shoulder Bag with Double Zipper and Mobile Phone Pur...   153   $15⁹⁹

Wrangler Wallets for Women Slim Bifold Credit Card Holder   1,324   $19⁹⁹

GOIACII Womens Wallet RFID Blocking Leather Zip Around Wallet Large Capacity Long P...   3,889   Amazon's Choice   $19⁹⁹

FALAN MULE Women Genuine Leather Wallet Large Capacity Bifold RFID Blocking Card Ho...   8,977   **-5%** $18⁹⁹   Typical: $19.99

GAEKEAO Wallet for Women Clutch RFID Blocking Wristlet Leather Purse Large Capacity...   1,522   $26⁹⁹


You pay $20.69 with coupon

## What's in the box

- Card Holder

## Products related to this item <sub>Sponsored</sub>

       

Lavemi Women's RFID Blocking 100% Leather Large Capacity Zip Around Wallet Phone...   21,330   $25⁴⁹

Multi-Functional RFID Passport Wallet,Organizer with Anti-Theft...   $18⁹⁹

ROYAL KIT Womens Wallet Card Holder: Pop Up Card Case, Genuine Leather, RFID Blocki...   12   $39⁹⁹

CALLIE Personalized Wristlet Wallet with Cute Highland Cow Design and Name, PU Leat...   $27⁹⁹

GOIACII Womens Wallet RFID Blocking Leather Zip Around Wallet Large Capacity Long P...   3,889   Amazon's Choice   $19⁹⁹

Wrangler Wallets for Women Slim Bifold Credit Card Holder   1,324   $19⁹⁹

XINNSTAR Women's Wallet RFID Blocking Leather Double Zip Large Capacity Card...   63   $22⁹⁹

You pay $31.99 with coupon    You pay $20.69 with coupon

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon

<sub>Sponsored</sub>

  

GOIACII Womens Wallets Large Capacity Credit Card Holder Rfid Wallet Women...   4.5   1,234   $18.49   Typical: $19.99

Conceal Plus Small RFID Wallet Women, Slim RFID Blocking Credit Card Holder...   4.3   8,580   $29.99   List: $39.99

nuoku Womens RFID Wallet Purse Wristlet Crossbody Clutch with Zip...   4.4   4,690   $34.99

## ✴ Looking for specific info?

[ Ask Rufus or search reviews and Q&A ]

Does it have a spot for coins?    Is this wallet made of real leather?    Can it hold a passport?

Does it have a wrist strap?    Is the RFID blocking feature tested?

2025/5/29 15:01 Amazon.com: Rfid Wallet Women Leather Wallet Women Wristlet Bifold Large Capacity Zip Around Rfid Blocking Finger Credit Card Wallet Clutch Purses, Travel Wallet for Women Mom Girls Lad…

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 42 of 53 PageID #:78

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

---

## Best Sellers in this category



**JanSport SuperBreak One Backpacks - Durable, Lightweight Bookbag with 1 Main...**
43,499
#1 Best Seller
$36⁴⁸
Get it as soon as Sunday, Aug 3
FREE Shipping by Amazon



**JanSport Laptop Backpack - Computer Bag with 2 Compartments, Ergonomic Shoulder...**
13,283
#1 Best Seller
-13% $47⁸⁴
List: $55.00
Get it as soon as Sunday, Aug 3
FREE Shipping by Amazon



**Purina Fancy Feast Lickable Wet Cat Food Broth Complement Classics Collection Vari...**
6,253
#1 Best Seller
-28% $11⁵⁹
($0.69/ounce)
List: $16.20
Get it as soon as Thursday, Jul 31
FREE Shipping on orders over $35 shipped by Amazon



**Clear Shoe Bags for Travel 5 PCS, 15.7" x 11.8" Travel Shoe Bags...**
2,677
#1 Best Seller
-23% $5⁵⁸
List: $6.99
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon



**JanSport Cool Backpack, with 15-inch Laptop Sleeve - Large Computer Bag Rucksack with 2 Compartments,...**
6,820
$59⁹⁹
Get it as soon as Sunday, Aug 3
FREE Shipping by Amazon



**Taygeer Travel Backpack for Women, Carry On Backpack with USB Charging Port & Shoe...**
16,715
-40% $17⁹⁹
Limited time deal
List: $29.89
Get it as soon as Sunday, Aug 3
FREE Shipping on orders over $35 shipped by Amazon

---

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

> View or edit your browsing history

Back to top

## Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

# EBULFEZ GURARAS

Visit the EBULFEZ GURARAS storefront

**0% positive** lifetime (2 total ratings)

## About Seller

EBULFEZ GURARAS is committed to providing each customer with the highest standard of customer service.

**Have a question for EBULFEZ GURARAS?**

Ask a question

## Reviews

1 out of 5

2 ratings

Lifetime

5 star ▢ 0%
4 star ▢ 0%
3 star ▢ 0%
2 star ▢ 0%
1 star ▢ 100%

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

2 total ratings, 2 with feedback for Lifetime

"I never received this item and neve  got a refund response from the seller. "

By jessica on April 29, 2025.

"So messed up. Total SCAM!!!! "

By Jessie on April 7, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** EBULFEZ GURARAS
**Business Address:**
    MURATPASA MAH. HAŞIL EFENDİ CAD NO 10 YAKUTIYE/ERZURUM
    IGDIR
    76000
    TR

## Shipping Policies

## Other Policies

## Help

Place Your Order - Amazon Checkout

Secure checkout ■

Cart

Congratulations John, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order in USD

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | USD 8.99 |
| Shipping & handling: | USD 20.00 |
| Estimated tax to be collected:* | USD 0.93 |
| **Order total:** | **USD 29.92** |

**Amazon Currency Converter**
Disabled - Pay in USD

HKD 238.99      USD 29.92

Change card currency

What is the Amazon Currency Converter?

## Delivering to John
Change

CHICAGO IL 60607-1846 UNITED STATES, 1519 W WARREN BLVD UNIT 304 PMB 171, CHICAGO, IL, 60607-1845, United States

Add delivery instructions

## Paying with Mastercard 0283
Change

Use a gift card, voucher, or promo code

Try Prime Free



John, we're giving you Prime free for 30 days.
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

### Arriving Jun 7, 2025 - Jun 18, 2025

○ **Saturday, Jun 7 - Wednesday, Jun 18**
$20.00 - Delivery

○ **Sunday, Jun 1 - Thursday, Jun 5**
$39.98 - Delivery



Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking EirBesr Credit Card Wallet Clutch Purses,Travel Wallet for Women Mom Girls Ladies
**$8.99**
Ships from EBULFEZ GURARAS
Sold by EBULFEZ GURARAS

1

Gift options not available

Place your order in USD

## Order total: USD 29.92

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

| English | United States | Help |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

amazon.com

**Details for Order # 106-8117325-3234489**
Print this page for your records.

**Order Placed:** May 29, 2025
**Amazon.com order number:** 106-8117325-3234489
**Order Total:** $29.92

---

**Not Yet Shipped**

---

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Rfid Wallet Women,Leather Wallet Women Wristlet,Bifold Large Capacity Zip Around Rfid Blocking EirBesr Credit Card Wallet Clutch Purses,Travel Wallet for Women Mom Girls Ladies* | $8.99 |

Sold by: EBULFEZ GURARAS (seller profile)
Supplied by: Other

Condition: New

**Shipping Address:**

▇▇▇▇▇▇
1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

**Shipping Speed:**
Standard Shipping

---

**Payment information**

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $8.99 |
| Paying with Mastercard 0283 | Shipping & Handling: $20.00 |
| | ----- |
| **Billing address** | Total before tax: $28.99 |
| ▇▇▇▇▇▇ | Estimated tax to be collected: $0.93 |
| 1519 W WARREN BLVD UNIT 304 PMB 171 | Gift Card Amount: -$0.00 |
| CHICAGO, IL 60607-1845 | ----- |
| United States | **Grand Total:  $29.92** |

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates



Back to top

amazon    🌐 English ⬍    🇺🇸 United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕
© 1996–2024, Amazon.com, Inc. or its affiliates

Defendant No.: 7

Store Name:
**FuXiaoJun001**

Platform:
**Amazon**

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 48 of 53 PageID #:84

Deliver to John Chicago 60607    All ▾    Search Amazon      EN ▾    Hello, John Account & Lists ▾    Returns & Orders    🛒 0 Cart

All   **Rufus**   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Saks   Prime Video   Amazon Basics   Today's Deals   Groceries ▾   Buy Again   Best Sellers   Keep Shopping For

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets









Click to see full view

⊙ Ask Rufus

[ Does it have a place for coins? ] [ Can it hold a passport? ]

[ Is this wallet made of genuine leather? ] [ Ask something else ]

### Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity Zip Around Rfid Blocking Bifold Clutch Purses Credit Card Holder, EirBesr Travel Wallet for Mom Women Ladies Girls

Brand: generic

Search this page

$8⁴⁹

- wallet women large cute small zipper pouch wallet for women wristlet wallets for women keychain pink women's genuine leather double zipper checkbook wallet made in usa womens wallet slim bifold small womens wallet passport lanyard wallet for women womens wallet wristlet keychain small wallet with wrist strap for women women's wallets slim floral womens credit card wallet small with phone holder neck strap small travel wallet women rfid slim passport holder women's wallet slim travel women
- wallet women slim rfid card wallet for women keychain wristlet wallets for women keychain cow women's clutch wallet purse with shoulder strap womens wallet purse rfid small womens wallets with credit card slots and change purse slim wallet for women womens wallet rfid blocking genuine leather small wallet for women with key ring 10 women's wallets large capacity clutch purses for women formal wedding wallets for women medium size women's wallet small slim slim wallet with cash pocket women
- wallet women wristlet phone vegan card wallets for women rfid wristlet wallets for women phone leather wallets for women with checkbook rfid wallet women small leather womens rfid blocking small wallet with lanyard 5 inches small black wallet womens wallets leather pattern womens wallets small women's pretty bling wallets small to medium size clutch purses for women wedding rose gold slim wallets for women leather credit card & id holder slim design black women's wallet real leather
- wallet women small with coin holder rfid credit card holder wallets for women leather zipper slim women's wallets small all leather small bifold wallets for women small rfid wallet for women slim zipper womens small zipper wallet women wallet leather womens wallet keychain bulk womens wallets small medium wallet for women silver clutch purses for women formal trendy wallets for women 2024 women's wallet wristlet rfid slim wallet for women rfid blocking zippered womens credit card wallet
- id wallet for women keychain small wallet for women card holder women's wallets small zipper leather wallets for women designer 10 rfid wallet women travel passport small womens wallet passport 2 card women wallet purse which carry mobile formal womens wallet large rfid womens wallets large capacity cell phone wallet for women small size red clutch purses for women red and gold medium sized wallets for women women's wallet black butterfly wallet women small with coin holders

› See more product details

Report an issue with this product or seller

---

$8⁹⁹

$20 delivery **June 9 - 21**. Details

Or fastest delivery **June 5 - 8**. Details

Deliver to John - Chicago 60607

**Only 20 left in stock - order soon.**

[ Quantity:1 ]

[ **Add to Cart** ]

[ **Buy Now** ]

Ships from   FuXiaoJun001
Sold by     FuXiaoJun001
Returns    30-day refund/replacement
Payment   Secure transaction

˅ See more

[ Add to List ]

Get a **$50 Gift Card:** Pay upon approval for Amazon Visa. No annual fee.

---

## Based on your recent shopping trends

Page 1 of 5



**Bveyzi Women's Big Fat Rfid Leather Wristlet Wallet Organizer Large Phone Checkbook Holder with Zipper Pocket...**
331
$36⁹⁷
Get it as soon as **Sunday, Aug 3**
FREE Shipping by Amazon



**Mou Meraki Big Fat RFID Blocking Leather Organizer Checkbook Wallets For Women - Clutch**
3,590
$32⁹⁰
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock - order...



**SENDEFN Women's Wallet Large Capacity RFID Blocking Leather Wallets Credit Cards Organizer with...**
851
-5% $25⁶⁴
Typical: $26.99
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**VONCOSS Women Fashion Zip Around Wallet Large Capacity Long Purse Credit Card Phone Holder Clutch wi...**
195
$21⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**GOIACII Womens Wallet RFID Blocking Leather Zip Around Wallet Large Capacity Long Purse Credit Card Clutch...**
3,889
$22⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**VALENCHI Leather Wallet For Women RFID Blocking Slim Minimalist Ladies Long Clutch Purse Organizer Credit Card...**
3,403
$24⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon



**Itslife Womens Wallet,Large Capacity RFID Blocking Leather Wallets Credit Cards Organizer Ladies Wallet...**
5,600
$29⁹⁹
Get it as soon as **Sunday, Aug 3**
FREE Shipping on orders over $35 shipped by Amazon

---

## Explore top deals in related categories

See all deals     Page 1 of 5

2025/6/2 16:38    Amazon.com: Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity, Zip Around,Rfid Blocking Bifold Clutch Purses Credit Card Holder, EzBest, Travel Wallet for Mom Women Ladie…

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 49 of 53 PageID #:85

      

| ANRABESS Long Sleeve Shirts for Women Striped Crewneck Loose Fit Tunic Tops 2025 Fall Color... | ANRABESS Women Long Sleeve Crewneck Rib Knit Slim Fit Shirts Basic Tee Tops 2025 Casual T-Shi... | Ekouaer Womens 3 Pack Long Sleeve Crop Tops Square Neck Ribbed Slim Fitted Base Layer Basic... | ANRABESS Oversized Long Sleeve Shirts for Women Off the Shoulder Sweatshirt Loose V Nec... | GRACE KARIN Women's Work Chiffon Blouses Casual Tank Tops Short Sleeve Casual Shirts Lac... | ANRABESS Women Tops Cap Sleeve Textured Dressy Casual V Neck Shirts 2025 Summer... | Amazon Essentials Women's Short-Sleeve Scoopneck Tunic, Pack of 2 |
|---|---|---|---|---|---|---|
| 397 | 3,460 | 71 | 566 | 686 | 1,148 | 4,504 |
| -43% $12⁹⁹ | -30% $13⁹⁸ | -10% $17⁹⁹ | -49% $19⁹⁹ | -50% $7⁴⁹ | -24% $11⁵⁸ | -19% $13⁹⁰ |
| Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal | Limited time deal |
| Typical: $22.99 | Typical: $19.99 | Typical: $19.99 | List: $38.99 | Typical: $14.99 | Typical: $14.99 | Typical: $13.90 |
| Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | | | | | | 0% Claimed |
| | | | | | | ⌀ 2 sustainability features |

## Product information

### Style

### Features & Specs

### Materials & Care

### Measurements

**Warranty & Support**

Amazon.com Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Item details

| Brand | generic |
|---|---|
| Age Range Description | Adult |
| Model Name | Rfid Wallet Women Slim Vegan Women's Wallet With Checkbook Holder |
| ASIN | B0D28ZPCD9 |
| Item Type Name | Travel Accessory- Money Belt |
| Included Components | Shoulder Strap |
| Item Height | 3 inches |
| Manufacturer | 广州瑞兴皮具有限公司  Guangzhou Ruixing Co., Ltd. |

## Product Description

wallet keychain wristlet for women small wallet for women with wrist strap women's wallets small bifold leather zip wallets for women small keychain rfid wallet women travel small small womens wallet passport 20 women wallet small leather all womens wallet large cute cute fun womens wallets wallet for women small size cute red clutch purses for women small size medium size wallets for women black women's rfid blocking wallet wallet women small with coin purse credit card wallet small wallet keychain for women small wallet for women rfid women's wallets small with key ring leather wristlet wallets for women keychain rfid wallet women travel fanny pack small womens wallets women wallet small slim black womens wallets large wallet leather genuine cute womens wallets large wallet for women small size id red suede clutch purses for women medium size zip around wallets for women black and brown women's wallet wallet women small with coin and card holder slim womens wallets wallet slim small wallet for women zipper coin purse credit card holder cotton women's wallets rfid blocking with checkbook womens wallet small slim thin rfid wallet women slim keychain women's wallet black leather wallet women black clutch womens wallet leather rfid blocking purse credit card clutch slim womens wallets with credit card slots wallet for women rfid blocking cute black clutch purses for women formal wedding small cute wallet rfid blocking women credit card inserts womens wallets leather small debit card, driver license holder wallet thin women women's wallets rfid blocking-slim leather womens wallet slim purple rfid wallet women slim wristlet women's wallet slim women wallet leather designer black clutch womens wallets rfid blocking wristlet womens wallet with wrist strap wallet for women rfid blocking with bracelet pink clutch purses for women formal wedding small wallet women slim credit card holder for women 20 slots small travel neck wallet

## Frequently purchased items with fast delivery

Page 1 of 5

      

| GOIACII Women's Wallet Double Zip Around Credit Card Holder Ladies Wallet Rfid Blocking Wristlet Purse Medium Size... | TFKGS Wallet for Women RFID Blocking Leather Large Capacity Card Holder Ladies Phone... | GOIACII Women's Wallet Large Capacity Double Zip Ladies Card Phone Holder RFID Blocking Wristlet Leather | Yarnic Red Women Wallet -Wallet for Woman with Wristlet Band Wallet Credit Card Holder Clutch Money Pockets Case Co... | TOPKULL Wallets for Women Bifold Small Rfid Soft Leather Ladies Wallets Trifold Womens Wallets Billfolds Mini... | VIMUTI Womens Wallet Rfid Embossed Vegan Leather Multi Card Slots Wallets Large Capacity Wristlet Travel Purse fo... | Movefad Women Leather Wallet Crossbody Shoulder Bag with Double Zipper and Mobile Phone Purse with... |
|---|---|---|---|---|---|---|
| 142 | 779 | 2,300 | 439 | 6,775 | 45 | 153 |
| $21⁹⁹ | -28% $17⁹⁹ | $24⁹⁹ | $17⁹⁹ | $20⁹⁸ | $24⁹⁷ | $13⁹⁹ |
| | List: $24.99 | Amazon's Choice | | | | |
| Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 | Get it as soon as Sunday, Aug 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## What's in the box

- Shoulder Strap

## Videos

Help others learn more about this product by uploading a video.

[ Upload your video ]

## ✨ Looking for specific info?

[ Ask Rufus or search reviews and Q&A ]

Does it have a place for coins?    Can it hold a passport?    Is this wallet made of genuine leather?

Does it have RFID blocking?    Is it easy to carry around?

2025/6/2 16:38    Amazon.com: Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity, Zip Around, Rfid Blocking Bifold Clutch Purses Credit Card Holder, EirBest Travel Wallet for Mom Women Ladie…

Case: 1:25-cv-09003 Document #: 8-1 Filed: 08/06/25 Page 50 of 53 PageID #:86

## Customer reviews

No customer reviews

| Rating | | Percent |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English      United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Live
Stream. Shop. Live

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# FuXiaoJun001

Visit the FuXiaoJun001 storefront

**100% positive** lifetime (1 total ratings)

## About Seller

FuXiaoJun001 is committed to providing each customer with the highest standard of customer service.

**Have a question for FuXiaoJun001?**

Ask a question

## Reviews

5 out of 5

1 ratings

Lifetime

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1 total ratings, 1 with feedback for Lifetime

"Need a refund didn't get my package"

By Julio on October 8, 2024.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

"Nice looking, but they were way, way too small. The sizing is not very good at all!"

By Kathleen E Purdy on December 19, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** xixianxinquqinhanxinchengxunliyubaihuodian
**Business Address:**
镇海街道丰美路422号
3栋1单元201
莆田市
荔城区
福建省
351106
CN

## Shipping Policies

## Other Policies

# Secure checkout ■

**Delivering to John**                              Change

CHICAGO IL 60607-1846 UNITED STATES, 1519 W WARREN
BLVD UNIT 304 PMB 171, CHICAGO, IL, 60607-1845, United
States

Add delivery instructions

**Paying with Mastercard 0283**                     Change

Use a gift card, voucher, or promo code

---

**Try Prime Free**

 John, we're giving you Prime free for 30 days.                    [ Try Prime free for 30 days ]

Get fast, FREE delivery, starting with eligible          Cancel anytime.
items in this order and get the best of shopping
and entertainment by trying Prime FREE for 30
days.

---

## Arriving Jun 9, 2025 - Jun 21, 2025

Rfid Wallet Women, Leather          ◉ **Monday, Jun 9 - Saturday, Jun 21**
Wallet Women Wristlet, Large          $20.00 - Delivery
Capacity Zip Around Rfid
Blocking Bifold Clutch Purses       ○ **Thursday, Jun 5 - Sunday, Jun 8**
Credit Card Holder, EirBesr Travel    $39.98 - Delivery
Wallet for Mom Women Ladies
Girls
**$8.99**
Ships from FuXiaoJun001
Sold by FuXiaoJun001

[ 1 ]

Gift options not available

---

[ Place your order in USD ]  Order total: USD 29.92
                             By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and
restrictions apply. See Amazon.com's Returns Policy

Back to cart

---

Congratulations John, you are eligible
for 30 days of Prime for $0!

[ Try Prime free ]

[ Place your order in USD ]

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items: | USD 8.99 |
| Shipping & handling: | USD 20.00 |
| Estimated tax to be collected:* | USD 0.93 |
| **Order total:** | **USD 29.92** |

**Amazon Currency Converter**
Disabled - Pay in USD
  HKD 238.99        USD 29.92
Change card currency

What is the Amazon Currency Converter?

---

## Details for Order # 106-8117325-6984699

Print this page for your records.

**Order Placed:** June 3, 2025
**Amazon.com order number:** 106-8117325-6984699
**Order Total:** $29.92

### Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Rfid Wallet Women, Leather Wallet Women Wristlet, Large Capacity Zip Around Rfid Blocking Bifold Clutch Purses Credit Card Holder, EirBesr Travel Wallet for Mom Women Ladies Girls*<br>Sold by: FuXiaoJun001 (seller profile)<br>Supplied by: Other<br><br>Condition: New | $8.99 |

**Shipping Address:**

1519 W WARREN BLVD UNIT 304 PMB 171
CHICAGO, IL 60607-1845
United States

**Shipping Speed:**
Standard Shipping

### Payment information



| | |
|---|---|
| **Payment Method:**<br>Paying with Mastercard 0283 | Item(s) Subtotal: $8.99<br>Shipping & Handling: $20.00<br>----- |
| **Billing address**<br><br>1519 W WARREN BLVD UNIT 304 PMB 171<br>CHICAGO, IL 60607-1845<br>United States | Total before tax: $28.99<br>Estimated tax to be collected: $0.93<br>Gift Card Amount: -$0.00<br>-----<br>**Grand Total:** **$29.92** |

To view the status of your order, return to Order Summary.

Have an issue with your gift card? Read about common issues or contact us.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

Back to top

amazon

⊕ English  ⬦    🇺🇸 United States         Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✔✗

© 1996-2024, Amazon.com, Inc. or its affiliates